COPY

1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 83013)
2  MARCOS D. SASSO (State Bar No. 228905)
   ARSEN KOURINIAN (State Bar No. 271966)
3  2029 Century Park East
   Los Angeles, CA 90067-3086
4  Telephone:   310-556-5800
   Facsimile:   310-556-5959
5  Email:       lacalendar@stroock.com

6
   Attorneys for Defendants
7  SYNCHRONY BANK and
   CARECREDIT, LLC
8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11  JOE MARTINEZ,                    Case No. CV14-9167 DSF JEMx

12            Plaintiff,             NOTICE OF REMOVAL

13      vs.                          [Pursuant to 28 U.S.C. § 1453(b)]

14  CACH, LLC; SYNCHRONY BANK        Declaration of Jonathan Smith Filed
    f/k/a GE CAPITAL RETAIL BANK;    Concurrently Herewith
15  CARECREDIT LLC; and DOES 1-50,
    inclusive,
16
              Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

LA 51812923

NOTICE OF REMOVAL

FILED
CLERK, U.S. DISTRICT COURT

NOV 26 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

     **PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. §§ 1332, 1441, 1446 and 1453, and the Class Action Fairness Act of 2005 ("CAFA"), defendants Synchrony Bank, erroneously sued as "Synchrony Bank f/k/a GE Capital Retail Bank" ("Synchrony"), and CareCredit, LLC ("CareCredit") (collectively, "Defendants") hereby remove the action entitled <u>Joe Martinez v. Cach, LLC et al.</u>, Superior Court of the State of California, County of Los Angeles, Case No. BC559772 (the "Action"), to the United States District Court for the Central District of California, on the following grounds:

<u>**The Removal Is Timely**</u>

    1.     The Summons and Complaint were served on or about October 28, 2014. This Notice of Removal has been filed within thirty days of service and is therefore timely under 28 U.S.C. § 1446(b). A true and correct copy of the Complaint is attached hereto as Exhibit A.

<u>**This Court Has Removal Jurisdiction Under CAFA**</u>

    2.     Under 28 U.S.C. § 1441(a), a defendant may remove, "[e]xcept as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction." This applies to putative class actions. 28 U.S.C. § 1453. Under CAFA, district courts "have original jurisdiction of any civil action in which the matter in controversy exceeds the sum or value of $5,000,000, exclusive of interests and costs, and is a class action in which—(A) any member of a class of plaintiffs is a citizen of a State different from defendant. . . ." 28 U.S.C. § 1332(d)(2)(A). Because each of these three elements is satisfied, this Court has subject matter jurisdiction over this Action.

        (a)   <u>This Action is a "class action."</u> A "class action" is defined as "any civil action filed under rule 23 of the Federal Rules of Civil Procedure or

1  similar State statute or rule of judicial procedure authorizing an action to be brought

2  by 1 or more representative persons as a class action." 28 U.S.C. §§ 1332(d)(1)(B)

3  & 1453(a). Here, Plaintiff expressly alleges in the Complaint that the Action is

4  brought as a class action pursuant to California Code of Civil Procedure section 382

5  on behalf of a putative class of California consumers. (Compl. ¶ 27.)

6         (b)    The amount in controversy requirement is satisfied. The amount

7  in controversy for removal under CAFA is satisfied if it "exceeds the sum or value of

8  $5,000,000, exclusive of interest and costs." 28 U.S.C. § 1332(d)(2). For purposes

9  of determining the amount in controversy in class actions, CAFA expressly requires

10 that "the claims of the individual class members shall be aggregated. . . ." Id. §

11 1332(d)(6). Although Defendants state only for purposes of removal under CAFA

12 that the amount in controversy is satisfied (for the reasons below), Defendants deny

13 that they are liable whatsoever to Plaintiff and/or the putative class he purports to

14 represent, as alleged in the Complaint, do not concede liability for any portion of the

15 amount in controversy and expressly reserve the right to challenge any request for

16 damages. See Lewis v. Verizon Commc'ns., Inc., 627 F.3d 395, 400 (9th Cir. 2010)

17 (stating that the "amount in controversy is simply an estimate of the total amount in

18 dispute, not a prospective assessment of defendant's liability" and in establishing the

19 amount in controversy, defendant "need not concede liability for the entire amount").

20 However, for purposes of removal under CAFA, the amount in controversy is

21 established as follows:

22         i.     Plaintiff alleges in the Complaint that he and the putative

23 class members were neither provided by their dentists nor asked to sign a written

24 notice required under California Business and Professions Code section 654.3(c)

25 ("Section 654.3") prior to receiving dental services and opening a CareCredit credit

26 account. (Compl. ¶ 14.) As a result, Plaintiff contends that these accounts "are

27 unlawful and uncollectible, and any associated credit agreements are unenforceable."

28 (Id.) Based on these allegations, and others, Plaintiff asserts four causes of action for

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

1    violation of: (1) Section 654.3; (2) California's Consumer Legal Remedies Act,

2    Civil Code section 1750, et seq.; (3) California's Rosenthal Fair Debt Collection

3    Practices Act, Civil Code section 1788, et seq.; and (4) California's Unfair

4    Competition Law, Business and Professions Code section 17200, et seq. ("UCL").

5    (Id. ¶¶ 36-67.)  Plaintiff seeks judgment for himself and on behalf of the putative

6    class for restitution and actual damages in the amount of the payments he and the

7    putative class made to Defendants on their CareCredit credit accounts, a permanent

8    injunction pursuant to the UCL enjoining Defendants from engaging in the purported

9    unlawful conduct alleged in the Complaint, and attorneys' fees and costs. (Id. ¶¶ 41,

10    47, 50, 56, 65-67, Prayer for Relief, p. 20-21.)

11         ii.    When, as here, the "complaint does not contain any specific

12    amount of damages sought, the party seeking removal under diversity bears the

13    burden of showing by a preponderance of the evidence, that the amount in

14    controversy exceeds the statutory amount." Lewis, 627 F.3d at 397.  The

15    "preponderance of the evidence" standard requires a defendant "to offer evidence

16    'that it is more likely than not that the amount in controversy exceeds' $5,000,000."

17    Saulic v. Symantec Corp., No. SA CV 07-610 AHS (PLAx), 2007 WL 5074883, at

18    *8 (C.D. Cal. Dec. 26, 2007) (citing Sanchez v. Monumental Life Ins., Co., 102 F.3d

19    398, 404 (9th Cir. 1996)).  In the Ninth Circuit, a defendant can satisfy this burden

20    by submitting evidence outside the complaint, including a declaration or an affidavit.

21    See, e.g., Saulic, 2007 WL 5074883, at *8-9 (holding that a declaration established

22    the amount in controversy requirement for removal of the case); Lewis, 627 F.3d at

23    400-02 (finding that defendant satisfied burden through affidavit stating it billed

24    customers more than $5 million for premium services during the purported class

25    period).

26         iii.    Based on a review of its records, and without revealing

27    confidential proprietary information, Defendants estimate that, within the purported

28    class period (October 2011 to the present), the total credit used by consumers located

LA 51812923

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

1  in California who opened CareCredit accounts exceeds $5,000,000, and the total

2  amount of payments made by those consumers during the same period also exceeds

3  $5,000,000.  (See Declaration of Jonathan Smith ("Smith Decl."), ¶ 4.)

4        iv.     Thus, while Plaintiff does not allege a specific amount of

5  damages suffered by the putative class, it is apparent from the Complaint, based upon

6  Plaintiff's request for relief, that the total amount of potential liability, i.e., rescission

7  of the challenged accounts and the recovery of payments by putative class members,

8  exceeds $5,000,000.  See Lewis, 627 F.3d at 400-02 (finding burden satisfied

9  through affidavit stating that defendant billed customers more than $5 million for

10  premium services during the purported class period).  By alleging that the amount in

11  controversy has been exceeded, Defendants do not concede any liability for the

12  alleged conduct.  See id. at 400 (stating that the "amount in controversy is simply an

13  estimate of the total amount in dispute, not a prospective assessment of defendant's

14  liability" and in establishing the amount in controversy defendant "need not concede

15  liability for the entire amount").

16        v.     In addition to monetary relief, Plaintiff seeks injunctive

17  relief, which may also be considered in determining the amount in controversy.  See

18  Hunt v. Wash. State Apple Adver. Comm'n, 432 U.S. 333, 347, 97 S. Ct. 2434, 53 L.

19  Ed. 2d 383 (1977) ("In actions seeking declaratory or injunctive relief, it is well

20  established that the amount in controversy is measured by the value of the object of

21  the litigation.") (citation omitted).  Plaintiff also seeks attorneys' fees, which may be

22  included in the amount in controversy calculation as well.  See Galt v. JSS

23  Scandinavia, 142 F.3d 1150, 1156 (9th Cir. 1998).  Combined with the total amount

24  of purported damages and other relief sought, the amount in controversy exceeds

25  $5,000,000.

26        (c)    Diversity of citizenship exists.  For purposes of jurisdiction under

27  CAFA, diversity is established when "any member of a class of plaintiffs is a citizen

28  of a State different from any defendant. . . ."  28 U.S.C. § 1332(d)(2)(A).  "In

- 4 -

LA 51812923

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

1  determining whether a Federal court has diversity jurisdiction over a case in which a

2  Federal savings association is a party, the Federal savings association shall be

3  considered to be a citizen only of the State in which such savings association has its

4  home office."  See 12 U.S.C. 1464(x); see also World Sav. Bank, FSB v. Wu, No.

5  CV08-00887 HRL, 2008 WL 1994881, at *2 (N.D. Cal. May 5, 2008) (stating that

6  12 U.S.C. § 1464(x) "makes federal savings banks citizens of the state in which they

7  have their home offices."); Flower v. Wachovia Mortg. FSB, No. C 09-343 JF HRL,

8  2009 WL 975811, at *2 (N.D. Cal. Apr. 10, 2009) (stating "Congress has simplified

9  the inquiry with respect to federally chartered savings banks" by enacting 12 U.S.C.

10 § 1464(x)).  Here, Synchrony is a federally-charted Savings Association located in

11 Draper, Utah.  (See Smith Decl., ¶ 1; see also Ex. B (available at

12 http://www.occ.gov/topics/licensing/national-bank-lists/thrifts-by-name-pdf.pdf).)

13 Thus, for purposes of diversity, Synchrony is a citizen of Utah.  Because Plaintiff is a

14 citizen of California (Compl. ¶ 2), diversity under CAFA is satisfied since at least

15 one defendant is a citizen of a state different than Plaintiff.

## This Is The Proper District Court

16

17      3.      This Court is the proper district court for removal because the Superior

18 Court of the State of California for the County of Los Angeles is located within the

19 United States District Court for the Central District of California.

## Notice Has Been Effected

20

21      4.      Defendants concurrently are filing a copy of this Notice of Removal of

22 Action with the Superior Court of the State of California for the County of Los

23 Angeles.  Defendants will also serve Plaintiff with copies of this Notice of Removal

24 and the Notice filed in the Action.

## Consent For Removal Is Not Required

25

26      5.      Pursuant to 28 U.S.C. § 1453(b), the Action may be removed by

27 Defendants without the consent of all defendants.  See also United Steel v. Shell Oil

28 Co., 549 F.3d 1204, 1208 (9th Cir. 2008) (stating that 28 U.S.C. § 1453(b)

- 5 -
NOTICE OF REMOVAL

1  "'overrides the judge-created requirement that each defendant consent to removal. . .
2  .'") (quoting <u>Abrego Abrego v. The Dow Chem. Co.</u>, 443 F.3d 676, 681 (9th Cir.
3  2006)).

**<u>Copies Of All Documents Served On Defendants</u>**

5      6.      Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all pleadings,
6  process and orders served on Defendants in the Action are attached as Exhibit A.

8  Dated: November 26, 2014          STROOCK & STROOCK & LAVAN LLP
9                                    JULIA B. STRICKLAND
                                     MARCOS D. SASSO
10                                   ARSEN KOURINIAN

11
                                     By: _____
12                                             Marcos D. Sasso

13                                   Attorneys for Defendants
                                     SYNCHRONY BANK and
14                                   CARECREDIT, LLC

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

- 6 -
NOTICE OF REMOVAL

LA 51812923

# EXHIBIT A

SCANNED

FILE COPY

## SUMMONS
### (CITACION JUDICIAL)

SUM-100

**NOTICE TO DEFENDANT:** CACH, LLC; SYNCHRONY BANK f/k/a
*(AVISO AL DEMANDADO):* GE CAPITAL RETAIL BANK;
CARECREDIT LLC; and DOES 1-50, inclusive

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

OCT 07 2014

Sherri R. Carter, Executive Officer/Clerk
By: Judi Lara, Deputy

**YOU ARE BEING SUED BY PLAINTIFF:** JOE MARTINEZ
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

| | CASE NUMBER: *(Número del Caso):* BC 559772 |
|---|---|

LOS ANGELES COUNTY SUPERIOR COURT
111 N. Hill St.
P.O. Box 1511
Los Angeles, CA 90053

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Amy Tay          Bar No. 252600
Bryan Kemnitzer  Bar No. 066401       (415) 632-1900   (415) 632-1901
KEMNITZER, BARRON & KRIEG, LLP
San Francisco, CA 94108

DATE:                    SHERRI R. CARTER          Clerk, by _____, Deputy
*(Fecha)*                          *(Secretario)*           Judi Lara          *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

OCT 07 2014

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒XXX☒ on behalf of *(specify):* Carecredit LLC

under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
       ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
       ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
       ☒XXX☒ other *(specify):* Corps. C. 17701.16 (LLC)
4. ☐ by personal delivery on *(date):*

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 (Rev. July 1, 2009)

**SUMMONS**

Page 1 of 1

Code of Civil Procedure §§ 412.20, 465

Legal
Solutions
@ Plus

Exhibit A
Page 7

SCANNED

FILE COPY
10/7/14
Martinez, J.

## VOLUNTARY EFFICIENT LITIGATION STIPULATIONS



Superior Court of California
County of Los Angeles



Los Angeles County
Bar Association
Litigation Section

Los Angeles County
Bar Association Labor and
Employment Law Section



Consumer Attorneys
Association of Los Angeles



Southern California
Defense Counsel



Association of
Business Trial Lawyers



California Employment
Lawyers Association

The Early Organizational Meeting Stipulation, Discovery Resolution Stipulation, and Motions in Limine Stipulation are voluntary stipulations entered into by the parties. The parties may enter into one, two, or all three of the stipulations; however, they may not alter the stipulations as written, because the Court wants to ensure uniformity of application. These stipulations are meant to encourage cooperation between the parties and to assist in resolving issues in a manner that promotes economic case resolution and judicial efficiency.

*The following organizations endorse the goal of promoting efficiency in litigation and ask that counsel consider using these stipulations as a voluntary way to promote communications and procedures among counsel and with the court to fairly resolve issues in their cases.*

◆**Los Angeles County Bar Association Litigation Section**◆

◆ **Los Angeles County Bar Association Labor and Employment Law Section**◆

◆**Consumer Attorneys Association of Los Angeles**◆

◆**Southern California Defense Counsel**◆

◆**Association of Business Trial Lawyers**◆

◆**California Employment Lawyers Association**◆

Exhibit A
Page 8

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| TELEPHONE NO.:                    FAX NO. (Optional): | | |
| E-MAIL ADDRESS (Optional): | | |
| ATTORNEY FOR (Name): | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| STIPULATION – EARLY ORGANIZATIONAL MEETING | CASE NUMBER |
|---|---|

This stipulation is intended to encourage cooperation among the parties at an early stage in the litigation and to assist the parties in efficient case resolution.

The parties agree that:

1. The parties commit to conduct an initial conference (in-person or via teleconference or via videoconference) within 15 days from the date this stipulation is signed, *to discuss and consider whether there can be agreement on the following:*

    a. Are motions to challenge the pleadings necessary? If the issue can be resolved by amendment as of right, or if the Court would allow leave to amend, could an amended complaint resolve most or all of the issues a demurrer might otherwise raise? If so, the parties agree to work through pleading issues so that a demurrer need only raise issues they cannot resolve. Is the issue that the defendant seeks to raise amenable to resolution on demurrer, or would some other type of motion be preferable? Could a voluntary targeted exchange of documents or information by any party cure an uncertainty in the pleadings?

    b. Initial mutual exchanges of documents at the "core" of the litigation. (For example, in an employment case, the employment records, personnel file and documents relating to the conduct in question could be considered "core." In a personal injury case, an incident or police report, medical records, and repair or maintenance records could be considered "core.");

    c. Exchange of names and contact information of witnesses;

    d. Any insurance agreement that may be available to satisfy part or all of a judgment, or to indemnify or reimburse for payments made to satisfy a judgment;

    e. Exchange of any other information that might be helpful to facilitate understanding, handling, or resolution of the case in a manner that preserves objections or privileges by agreement;

    f. Controlling issues of law that, if resolved early, will promote efficiency and economy in other phases of the case. Also, when and how such issues can be presented to the Court;

    g. Whether or when the case should be scheduled with a settlement officer, what discovery or court ruling on legal issues is reasonably required to make settlement discussions meaningful, and whether the parties wish to use a sitting judge or a private mediator or other options as

Exhibit A
Page 9

| SHORT TITLE | CASE NUMBER |
|---|---|
| | |

discussed in the "Alternative Dispute Resolution (ADR) Information Package" served with the complaint;

h. Computation of damages, including documents not privileged or protected from disclosure, on which such computation is based;

i. Whether the case is suitable for the Expedited Jury Trial procedures (see information at _www.lasuperiorcourt.org_ under "Civil" and then under "General Information").

2. The time for a defending party to respond to a complaint or cross-complaint will be extended to _____ for the complaint, and _____ for the cross-
   (INSERT DATE)                                    (INSERT DATE)
complaint, which is comprised of the 30 days to respond under Government Code § 68616(b), and the 30 days permitted by Code of Civil Procedure section 1054(a), good cause having been found by the Civil Supervising Judge due to the case management benefits provided by this Stipulation.

3. The parties will prepare a joint report titled "Joint Status Report Pursuant to Initial Conference and Early Organizational Meeting Stipulation, and if desired, a proposed order summarizing results of their meet and confer and advising the Court of any way it may assist the parties' efficient conduct or resolution of the case. The parties shall attach the Joint Status Report to the Case Management Conference statement, and file the documents when the CMC statement is due.

4. References to "days" mean calendar days, unless otherwise noted. If the date for performing any act pursuant to this stipulation falls on a Saturday, Sunday or Court holiday, then the time for performing that act shall be extended to the next Court day

The following parties stipulate:

Date:

_____   ►   _____
(TYPE OR PRINT NAME)                          (ATTORNEY FOR PLAINTIFF)

Date:

_____   ►   _____
(TYPE OR PRINT NAME)                          (ATTORNEY FOR DEFENDANT)

Date:

_____   ►   _____
(TYPE OR PRINT NAME)                          (ATTORNEY FOR DEFENDANT)

Date:

_____   ►   _____
(TYPE OR PRINT NAME)                          (ATTORNEY FOR DEFENDANT)

Date:

_____   ►   _____
(TYPE OR PRINT NAME)                          (ATTORNEY FOR _____ )

Date:

_____   ►   _____
(TYPE OR PRINT NAME)                          (ATTORNEY FOR _____ )

_____   ►   _____
(TYPE OR PRINT NAME)                          (ATTORNEY FOR _____ )

LACIV 229 (new)
LASC Approved 04/11          **STIPULATION – EARLY ORGANIZATIONAL MEETING**          Page 2 of 2

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|

TELEPHONE NO.:
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):     FAX NO. (Optional):

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| STIPULATION – DISCOVERY RESOLUTION | CASE NUMBER: |
|---|---|

This stipulation is intended to provide a fast and informal resolution of discovery issues through limited paperwork and an informal conference with the Court to aid in the resolution of the issues.

The parties agree that:

1. Prior to the discovery cut-off in this action, no discovery motion shall be filed or heard unless the moving party first makes a written request for an Informal Discovery Conference pursuant to the terms of this stipulation.

2. At the Informal Discovery Conference the Court will consider the dispute presented by parties and determine whether it can be resolved informally. Nothing set forth herein will preclude a party from making a record at the conclusion of an Informal Discovery Conference, either orally or in writing.

3. Following a reasonable and good faith attempt at an informal resolution of each issue to be presented, a party may request an Informal Discovery Conference pursuant to the following procedures:

    a.  The party requesting the Informal Discovery Conference will:

        i.    File a Request for Informal Discovery Conference with the clerk's office on the approved form (copy attached) and deliver a courtesy, conformed copy to the assigned department;

        ii.   Include a brief summary of the dispute and specify the relief requested; and

        iii.  Serve the opposing party pursuant to any authorized or agreed method of service that ensures that the opposing party receives the Request for Informal Discovery Conference no later than the next court day following the filing.

    b.  Any Answer to a Request for Informal Discovery Conference must:

        i.    Also be filed on the approved form (copy attached);

        ii.   Include a brief summary of why the requested relief should be denied;

LACIV 036 (new)
LASC Approved 04/11

## STIPULATION – DISCOVERY RESOLUTION

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

iii.   Be filed within two (2) court days of receipt of the Request; and

iv.   Be served on the opposing party pursuant to any authorized or agreed upon method of service that ensures that the opposing party receives the Answer no later than the next court day following the filing.

c.   No other pleadings, including but not limited to exhibits, declarations, or attachments, will be accepted.

d.   If the Court has not granted or denied the Request for Informal Discovery Conference within ten (10) days following the filing of the Request, then it shall be deemed to have been denied. If the Court acts on the Request, the parties will be notified whether the Request for Informal Discovery Conference has been granted or denied and, if granted, the date and time of the Informal Discovery Conference, which must be within twenty (20) days of the filing of the Request for Informal Discovery Conference.

e.   If the conference is not held within twenty (20) days of the filing of the Request for Informal Discovery Conference, unless extended by agreement of the parties and the Court, then the Request for the Informal Discovery Conference shall be deemed to have been denied at that time.

4.   If (a) the Court has denied a conference or (b) one of the time deadlines above has expired without the Court having acted or (c) the Informal Discovery Conference is concluded without resolving the dispute, then a party may file a discovery motion to address unresolved issues.

5.   The parties hereby further agree that the time for making a motion to compel or other discovery motion is tolled from the date of filing of the Request for Informal Discovery Conference until (a) the request is denied or deemed denied or (b) twenty (20) days after the filing of the Request for Informal Discovery Conference, whichever is earlier, unless extended by Order of the Court.

It is the understanding and intent of the parties that this stipulation shall, for each discovery dispute to which it applies, constitute a writing memorializing a "specific later date to which the propounding [or demanding or requesting] party and the responding party have agreed in writing," within the meaning of Code Civil Procedure sections 2030.300(c), 2031.320(c), and 2033.290(c).

6.   Nothing herein will preclude any party from applying *ex parte* for appropriate relief, including an order shortening time for a motion to be heard concerning discovery.

7.   Any party may terminate this stipulation by giving twenty-one (21) days notice of intent to terminate the stipulation.

8.   References to "days" mean calendar days, unless otherwise noted. If the date for performing any act pursuant to this stipulation falls on a Saturday, Sunday or Court holiday, then the time for performing that act shall be extended to the next Court day.

Exhibit A
Page 12

| SHORT TITLE | | CASE NUMBER |
|---|---|---|

**The following parties stipulate:**

Date:

_____    >    _____
(TYPE OR PRINT NAME)                         (ATTORNEY FOR PLAINTIFF)

Date:

_____    >    _____
(TYPE OR PRINT NAME)                         (ATTORNEY FOR DEFENDANT)

Date:

_____    >    _____
(TYPE OR PRINT NAME)                         (ATTORNEY FOR DEFENDANT)

Date:

_____    >    _____
(TYPE OR PRINT NAME)                         (ATTORNEY FOR DEFENDANT)

Date:

_____    >    (ATTORNEY FOR_____ )
(TYPE OR PRINT NAME)

Date:

_____    >    (ATTORNEY FOR_____ )
(TYPE OR PRINT NAME)

_____    >    (ATTORNEY FOR_____ )
(TYPE OR PRINT NAME)

LACIV 036 (new)
LASC Approved 04/11          **STIPULATION – DISCOVERY RESOLUTION**                    Page 3 of 3

Exhibit A
Page 13

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|

TELEPHONE NO.:
E-MAIL ADDRESS (Optional):      FAX NO. (Optional):
ATTORNEY FOR (Name):

### SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| INFORMAL DISCOVERY CONFERENCE (pursuant to the Discovery Resolution Stipulation of the parties) | CASE NUMBER: |
|---|---|

1. This document relates to:
   ☐  Request for Informal Discovery Conference
   ☐  Answer to Request for Informal Discovery Conference

2. Deadline for Court to decide on Request: _____ (insert date 10 calendar days following filing of the Request).

3. Deadline for Court to hold Informal Discovery Conference: _____ (insert date 20 calendar days following filing of the Request).

4. For a Request for Informal Discovery Conference, **briefly** describe the nature of the discovery dispute, including the facts and legal arguments at issue. For an Answer to Request for Informal Discovery Conference, **briefly** describe why the Court should deny the requested discovery, including the facts and legal arguments at issue.

LACIV 094 (new)           **INFORMAL DISCOVERY CONFERENCE**
LASC Approved 04/11      (pursuant to the Discovery Resolution Stipulation of the parties)

NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY                    STATE BAR NUMBER                    Reserved for Clerk's File Stamp

TELEPHONE NO.:
E-MAIL ADDRESS (Optional):                    FAX NO. (Optional):
ATTORNEY FOR (Name):

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| STIPULATION AND ORDER – MOTIONS IN LIMINE | CASE NUMBER: |
|---|---|

This stipulation is intended to provide fast and informal resolution of evidentiary issues through diligent efforts to define and discuss such issues and limit paperwork.

The parties agree that:

1. At least _____ days before the final status conference, each party will provide all other parties with a list containing a one paragraph explanation of each proposed motion in limine. Each one paragraph explanation must identify the substance of a single proposed motion in limine and the grounds for the proposed motion.

2. The parties thereafter will meet and confer, either in person or via teleconference or videoconference, concerning all proposed motions in limine. In that meet and confer, the parties will determine:

   a. Whether the parties can stipulate to any of the proposed motions. If the parties so stipulate, they may file a stipulation and proposed order with the Court.

   b. Whether any of the proposed motions can be briefed and submitted by means of a short joint statement of issues. For each motion which can be addressed by a short joint statement of issues, a short joint statement of issues must be filed with the Court 10 days prior to the final status conference. Each side's portion of the short joint statement of issues may not exceed three pages. The parties will meet and confer to agree on a date and manner for exchanging the parties' respective portions of the short joint statement of issues and the process for filing the short joint statement of issues.

3. All proposed motions in limine that are not either the subject of a stipulation or briefed via a short joint statement of issues will be briefed and filed in accordance with the California Rules of Court and the Los Angeles Superior Court Rules.

| SHORT TITLE: | | CASE NUMBER: |
|---|---|---|
| | | |

**The following parties stipulate:**

Date: _____

_____
(TYPE OR PRINT NAME)

> _____
(ATTORNEY FOR PLAINTIFF)

Date: _____

_____
(TYPE OR PRINT NAME)

> _____
(ATTORNEY FOR DEFENDANT)

Date: _____

_____
(TYPE OR PRINT NAME)

> _____
(ATTORNEY FOR DEFENDANT)

Date: _____

_____
(TYPE OR PRINT NAME)

> _____
(ATTORNEY FOR DEFENDANT)

Date: _____

_____
(TYPE OR PRINT NAME)

> _____
(ATTORNEY FOR _____)

Date: _____

_____
(TYPE OR PRINT NAME)

> _____
(ATTORNEY FOR _____)

Date: _____

_____
(TYPE OR PRINT NAME)

> _____
(ATTORNEY FOR _____)

**THE COURT SO ORDERS.**

Date: _____

_____
JUDICIAL OFFICER

LACIV 075 (new)
LASC Approved 04/11          **STIPULATION AND ORDER – MOTIONS IN LIMINE**          Page 2 of 2

SCANNED                                    FILE COPY

1   KEMNITZER, BARRON & KRIEG, LLP
    BRYAN KEMNITZER        Bar No. 066401
2   AMY TAY                Bar No. 252600
    445 Bush St., 6th Floor
3   San Francisco, CA 94108
    Telephone: (415) 632-1900                        CONFORMED COPY
4   Facsimile: (415) 632-1901                        ORIGINAL FILED
                                                     Superior Court of California
5                                                     County of Los Angeles
    Attorneys for Plaintiff Joe Martinez and the proposed class
6                                                        OCT 16 2014
7                                                    Sherri R. Carter, Executive Officer/Clerk
                                                     By Kandace Bonnett, Deputy
8           IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                 IN AND FOR THE COUNTY OF LOS ANGELES

10
    JOE MARTINEZ
11                                          Case No. BC559772
              Plaintiff,
12                                          CLASS ACTION
    vs.
13                                          DECLARATION REGARDING VENUE
    CACH, LLC; SYNCHRONY BANK f/k/a GE
14  CAPITAL RETAIL BANK;                    Unlimited Civil Case
    CARECREDIT LLC; and DOES 1-50,
15  inclusive,                              Assigned for all purposes to
                                            Hon. Jane Johnson—Dept. 308
16
              Defendants.
17
18  _____/
                                                 BY FAX
19      I, AMY TAY, declare:

20      1.    I am an attorney duly licensed to practice law in all of the courts of the State of

21  California, including the court in which this action is pending.  I am an attorney in the law firm

22  KEMNITZER, BARRON & KRIEG, LLP, attorneys for Plaintiff in this lawsuit.

23      2.    I have personal knowledge of the facts stated herein and am competent to testify thereto.

24      3.    We have selected venue in Los Angeles County because this action is on a contract
25
    subject to Civil Code §1750, et seq.  Venue is proper in Los Angeles County because each
26
    Defendant does business and at all times material herein have done business in the County of Los
27
    Angeles, and Defendant CACH, LLC has its principal place of business in Bell Gardens in the
28

                                     1
                           Declaration Regarding Venue

County of Los Angeles.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and this Declaration is executed on October 16, 2014, at San Francisco, California.

AMY TAY

2
Declaration Regarding Venue

SCANNED

FILE COPY

1   KEMNITZER, BARRON & KRIEG, LLP
    BRYAN KEMNITZER    Bar No. 066401
2   AMY TAY         Bar No. 252600
    445 Bush St., 6th Floor
3   San Francisco, CA 94108
    Telephone: (415) 632-1900
4   Facsimile: (415) 632-1901

CONFORMED COPY
ORIGINAL FILED
Superior Court Of California
County Of Los Angeles

OCT 07 2014

5   Attorneys for Plaintiff Joe Martinez and the proposed class

Sherri R. Carter, Executive Officer/Clerk
By: Judi Lara, Deputy

6

7

8           IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9             IN AND FOR THE COUNTY OF LOS ANGELES

10

11   JOE MARTINEZ,

12                 Complainant,

13   vs.

14   CACH, LLC; SYNCHRONY BANK f/k/a GE
    CAPITAL RETAIL BANK;
15   CARECREDIT LLC; and DOES 1-50,
    inclusive,
16

17                 Defendants.

18

19

20

21 _____/

**CLASS ACTION**

Case No.   **BC 5 5 9 7 7 2**

**COMPLAINT FOR DAMAGES,
RESTITUTION, INJUNCTIVE RELIEF
FOR VIOLATION OF BUSINESS AND
PROFESSIONS CODE §654.3; THE
CONSUMERS LEGAL REMEDIES ACT,
CIVIL CODE §1750 *ET SEQ.*; THE
ROSENTHAL FAIR DEBT
COLLECTION PRACTICES ACT, CIVIL
CODE §1788, *ET SEQ.*; UNFAIR
COMPTITION LAW, BUS. & PROF.
CODE §17200, *ET SEQ.***

Unlimited Civil Case

JURY TRIAL DEMANDED

22              **INTRODUCTION**

**BY FAX**

23   1.   Plaintiff JOE MARTINEZ ("MARTINEZ" or "Plaintiff") brings this action to remedy

24   CACH, LLC (hereinafter "CACH"), SYNCHRONY BANK f/k/a GE CAPITAL RETAIL

25   BANK (hereafter "GE CAPITAL"); and CARECREDIT LLC (hereafter "CARECREDIT")'s

26   unlawful conduct regarding the financing of dental services through open-end credit accounts.

27   MARTINEZ also seeks Declaratory Relief against Defendants CACH, CARECREDIT and GE

28

1

CAPITAL. MARTINEZ's dentist arranged for Martinez to pay for certain dental services through an open-end credit account financed by CARECREDIT and GE CAPITAL without providing MARTINEZ a full-page disclosure required by Business & Professions Code §654.3(c) concerning such credit accounts. Accordingly, the credit account is unlawful and uncollectible. Nevertheless, CARECREDIT and GE CAPITAL have collected payment from MARTINEZ on the credit account and, moreover, have sold Plaintiff's credit account to CACH, which has brought a lawsuit against MARTINEZ in an attempt to collect on the unlawful credit account.

## PARTIES

2.    Plaintiff JOE MARTINEZ is an individual who currently resides in the City of Chino in the County of San Bernardino, California.

3.    Defendant CACH, LLC is a California limited liability company having its principal places of business in Bell Gardens in the County of Los Angeles, California. CACH is in the business of purchasing and collecting consumer debt.

4.    Defendant SYNCHRONY BANK f/k/a GE CAPITAL RETAIL BANK is a federally chartered savings association having its principal place of business in Draper, Utah. At all times relevant herein, GE CAPITAL was qualified to conduct business and was conducting business throughout the State of California, including in the County of Los Angeles. GE CAPITAL is in the business of extending credit to consumers.

5.    Defendant CARECREDIT LLC is a California limited liability company having its principal place of business in Costa Mesa in the County of Orange, California. CARECREDIT is in the business of extending credit to consumers. CARECREDIT and GE CAPITAL are related entities and shall be collectively referred to herein as "GE CAPITAL/CARECREDIT"

////

2

## DOE DEFENDANTS

6.     Plaintiff does not know the true names and capacities, whether corporate, partnership, associate, individual or otherwise, of Defendants sued herein pursuant to §474 of the California Code of Civil Procedure as DOES 1 through 50, inclusive.  Plaintiff is informed, believes, and thereupon alleges that Defendant DOES 1 through 50, inclusive, are in some manner responsible for the acts, occurrences, and transactions set forth herein and are legally liable to Plaintiff. Plaintiff will seek leave to amend this complaint to set forth the true names and capacities of said fictitiously-named defendants, together with appropriate charging allegations, when ascertained.

## AGENCY

7.     Plaintiff is informed, believes, and thereupon alleges that at all times mentioned herein each Defendant, whether actually or fictitiously named herein, was the principal, agent (actual or ostensible), or employee of each other Defendant, and in acting as such principal or within the course and scope of such employment or agency, took some part in the acts and omissions hereinafter set forth, by reason of which each Defendant is liable to Plaintiff for the relief prayed for herein.

## JURISDICTION AND VENUE

8.     The Court has jurisdiction over Plaintiff's claims because at all times relevant herein, Defendants are all qualified to and do business in California. Further, the acts and omissions complained of occurred at locations in California, including the County of Los Angeles in which this action is filed.

9.     Venue is proper in this judicial district and the County of Los Angeles because Plaintiff is informed and believes and thereupon alleges that Defendants conduct substantial business in the County of Los Angeles, and Defendant CACH has its principal place of business in Los Angeles County.  California Civil Code §1780(d) places venue for an action such as the present matter in

3

the county in which the person against whom it is brought resides, has his or her principal place of business, or is doing business, or in the county where the transaction or any substantial portion thereof occurred.  For the above reasons, venue is proper in Los Angeles County pursuant to California Consumers Legal Remedies Act, Civil Code §1781.

## SUMMARY OF FACTS

10.     Under information and belief, GE CAPITAL/CARECREDIT operates a healthcare credit card program under the name "CareCredit," which covers, among other things, dental services. GE CAPITAL/CARECREDIT has contracted with dentists in California to implement the CareCredit program.  As part of this scheme, GE CAPITAL/CARECREDIT provides dentists with standard form credit application materials, transaction processing hardware and software, and instructs the dentists with respect to completing and submitting credit applications to GE CAPITAL/CARECREDIT and otherwise effecting credit sales for dental services.

11.     On October 17, 2011, MARTINEZ visited his dentist's office, Ontario Village Dental, located in Ontario, California, to address excruciating tooth and jaw pain that he was experiencing.   The dentist administered Novocain to numb the pain.  Two days later, on October 19, 2011, MARTINEZ returned to Ontario Village Dental because the pain had returned.  His dentist took x-rays and administered more Novocain... The dentist then recommended a five phase dental plan to treat MARTINEZ's pain.

12.     MARTINEZ's insurance plan would not cover the entire cost of the treatment plan.  In response, the dentist's staff suggested that MARTINEZ apply for a financing program called "CareCredit" to pay for the balance not covered by insurance.  The dentist and his staff did not provide MARTINEZ with much detail about the CareCredit program and simply informed MARTINEZ that he could make monthly payments to pay for the treatment through the CareCredit program.  The dentist and his staff did not explain to MARTINEZ that by

4

participating in the CareCredit program, he would be opening a revolving credit account.

13.    Under immense stress from the constant and severe pain, MARTINEZ agreed to the treatment plan and to apply for the CareCredit program.  Using information available from MARTINEZ's dental file, the dentist's staff filled out a credit application (**Exhibit A**) and then instructed MARTINEZ to sign it while he was still being treated by the dentist.  The staff did not provide MARTINEZ the opportunity to review this application before he signed it and simply told him that it was paperwork to sign up for the monthly payment program they had previously described.  In fact, some of the personal information that the dental staff provided on the credit application is incorrect.  Furthermore, while the credit application references a credit card account agreement, no such agreement was attached to the credit application MARTINEZ was directed to sign, and none was ever provided to MARTINEZ.

14.    The dentist's staff then submitted this credit application electronically to GE CAPITAL/CARECREDIT.  Prior to submitting the credit application, the dentist's staff failed to provide MARTINEZ with the following written notice, required by Bus. & Prof. Code §654.3(c), on one page in at least 14-point type, and failed to obtain a signature from MARTINEZ:

"Credit for Dental Services

The attached application and information is for a credit card/line of credit or loan to help you finance your dental treatment. You should know that:

You are applying for a _____ credit card/line of credit or a _____ loan for $_____.

You do not have to apply for the credit card/line of credit or loan. You may pay your dentist for dental treatment in another manner.

This credit card/line of credit or loan is not a payment plan with the dental office; it is credit with [name of company issuing the credit card/line of credit or loan]. Your dentist does not work for this company.

Before applying for this credit card/line of credit or loan, you have the right to a written treatment plan from your dentist that includes the anticipated treatment to be provided and the estimated costs of each service.

5

If you are approved for a credit card/line of credit, your dentist can only charge treatment and lab costs to that credit card/line of credit when you get the treatment or the dentist incurs costs unless your dentist has first given you a list of treatments that you are paying for in advance and the cost for each treatment or service.

You have the right to receive a credit to your credit card/line of credit or loan account refunded for any costs charged to the credit card/line of credit or loan for treatment that has not been rendered or costs that your dentist has not incurred. Your dentist must refund the amount of the charges to the lender within 15 business days of your request, after which the lender will credit your account.

Please read carefully the terms and conditions of this credit card/line of credit or loan, including any promotional offers.

You may be required to pay interest on the amount charged to the credit card/line of credit or the amount of the loan. If you miss a payment or do not pay on time, you may have to pay a penalty and/or a higher interest rate.

If you do not pay the money that you owe the company that provides you with a credit card/line of credit or loan, your missed payments can appear on your credit report and could hurt your credit rating. You could also be sued.

[Patient's Signature]"

15.   Shortly after submitting the electronic credit application, MARTINEZ was informed by the dentist's staff that he had been approved by GE CAPITAL/CARECREDIT for a CareCredit account.  Immediately thereafter, the staff proceeded to process a payment of $1,185.00 on MARTINEZ's newly opened CareCredit account for services that had not yet been rendered.

16.   In connection with the transaction above, the dentist's staff then instructed MARTINEZ to sign a Promotional Plan Selection Slip, attached as **Exhibit B**, and provided him with a sales receipt, attached as **Exhibit C**.  The staff also instructed MARTINEZ to sign a "CareCredit Payment Plan Estimate" attached as **Exhibit D**.  None of these documents were fully explained to MARTINEZ, and the dentist's staff did not explain to MARTINEZ that he would be charged upfront for the full $1,185.00 for the treatment, and that he would be responsible for paying this amount to GE CAPITAL/CARECREDIT even if the services were never rendered unless he

6

returned to the dentist to request a reversal of the charges. Accordingly, MARTINEZ believed that he would only be billed for services once they were performed.

17.     The above were the only documents relating to the CareCredit account that that were provided to MARTINEZ by the dental office. The staff never presented MARTINEZ with any type of cardholder agreement or other credit account agreement.

18.     MARTINEZ did not even begin the five phase treatment plan recommended by Ontario Village Dental. Instead, he went to another doctor who was able to stop the pain completely. Nevertheless, GE CAPITAL/CARECREDIT charged the full $1,185.00 cost of the treatment to MARTINEZ's account and sent MARTINEZ monthly billing statements (*see* **Exhibit E**) in an attempt to collect this amount from MARTINEZ, despite the fact that the entire debt was invalid and uncollectible because MARTINEZ never received a written notice required by Bus. & Prof. Code §654.3(c).

19.     MARTINEZ paid GE CAPITAL/CARECREDIT approximately $280.00 on the credit account even though he never started the five phase treatment plant. MARTINEZ paid this amount believing that this was the amount necessary to cover the initial x-rays and the two Novocain injections. When MARTINEZ realized that the $280.00 he paid was more than the cost of the services rendered, he stopped paying on the credit account. MARTINEZ made no further payments after May 8, 2012.

20.     On October 29, 2012, MARTINEZ sent GE CAPITAL/CARECREDIT a dispute notification form to inform them that he did not owe the full amount GE CAPITAL/CARECREDIT was trying to collect because the services had not been rendered and to request that GE CAPITAL/CARECREDIT refund the amount he had overpaid for the x-rays and Novocain. *See* **Exhibit F**. However, GE CAPITAL/CARECREDIT did not refund MARTINEZ any money.

7

21.     Eventually, GE CAPITAL/CARECREDIT sold MARTINEZ's credit account to Defendant CACH.  On February 4, 2013, MARTINEZ received a collection letter from CACH informing MARTINEZ that the account had been assigned to CACH and demanding the MARTINEZ pay $1,625.06.  MARTINEZ did not pay this amount to CACH because it was for services never rendered and MARTINEZ had already notified GE CAPITAL/CARECREDIT to this effect.

22.     On March 10, 2014, CACH filed a lawsuit against MARTINEZ in an attempt to collect the $1,625.06 despite that the entire debt was invalid and uncollectible because MARTINEZ never received a notice required by Bus. & Prof. Code §654.3(c).  CACH later dismissed this lawsuit without prejudice, but is still seeking to collect from MARTINEZ.

23.     On April 24, 2014, MARTINEZ went back to Ontario Village Dental and requested that they credit his account for the services that were never rendered.  Accordingly, the dentist's office credited $1,026.60 back to GE CAPITAL/CARECREDIT.  *See* **Exhibit G**.  MARTINEZ showed proof of this credit to CACH, but CACH continues to pursue collection from MARTINEZ.

24.     MARTINEZ has directly notified Defendants that he never received a written notice pursuant to Bus. & Prof. Code §654.3(c) and that the credit account is therefore unlawful and uncollectible.  On August 5, 2014 and August 9, 2014, MARTINEZ sent a letter to each Defendant pursuant to the Consumers Legal Remedies Act ("CLRA") explaining this and requesting that they cease any further collection efforts and return all payments made by MARTINEZ and all similarly situated consumers.  *See* **Exhibits H** and **I**.  However, despite Plaintiff's request, Defendants failed to provide MARTINEZ with the relief requested pursuant to his rights under California law.

////

8

## CLASS ACTION ALLEGATIONS

25.   Pursuant to California Code of Civil Procedure §382 and Civil Code §1781, Plaintiff brings this action on behalf of himself and all other persons similarly situated.  Plaintiff brings this action in a representative capacity to remedy the ongoing unlawful, unfair, and fraudulent business practices alleged herein, and to seek redress on behalf of all those persons who have been affected thereby.

26.   Plaintiff is unable to state the precise number of potential members of the proposed class because that information is in the possession of Defendants.  It consists of at least hundreds of members, and is so numerous that joinder of all members would be impracticable.  The exact size of the proposed class, and the identity of the members thereof, will be readily ascertainable from the business records of Defendants.

27.   The class on whose behalf this complaint is brought is composed of:

 (a) all California consumers who opened a credit account extended by GE CAPITAL/CARECREDIT arranged or established by the consumers' dentists;

 (b) who were not provided first with the written disclosure entitled "Credit for Dental Services" set forth in Bus. & Prof. Code §654.3(c) on one page in at least 14-point type;

 (c) at any time from January 1, 2011 through the present.

28.   The Class Definition is subject to such further definition, limitations, and exclusions as may be ordered by the Court.

29.   There is a community of interest among the members of the proposed class in that there are questions of law and fact common to the proposed class that predominate over questions affecting only individual members.  Proof of a common set of facts will establish the liability of

9

Defendants, and the right of each member of the class to recover.

30.    The common questions of law and fact that predominate as to all class members include, *inter alia*:

    (a)    Whether Defendants authorized and approved credit accounts for California consumers arranged by the consumers' dentists without providing and obtaining the consumers' signature on a written disclosure entitled "Credit for Dental Services," as required by Bus. & Prof. Code §654.3, prior to opening the credit account;

    (b)    Whether Defendants misrepresented to California consumers who were not provided a written disclosure entitled "Credit for Dental Services" prior to opening a credit account arranged by the consumers' dentists that they were obligated to pay on these account when, in fact, there was no obligation to pay;

    (c)    Whether Defendants falsely reported to credit reporting agencies the credit accounts arranged by consumers' dentists as debt lawfully due and owing by California consumers who were not provided a written disclosure entitled "Credit for Dental Services" prior to opening the credit accounts;

    (d)    Whether Defendants collected or attempted to collected on credit accounts arranged by consumers' dentists from California consumers who were not provided a written disclosure entitled "Credit for Dental Services" prior to opening the accounts;

    (e)    Whether Defendants filed lawsuits and obtained judgments to collect on credit accounts arranged by consumer's dentists against California consumers who were not provided a written disclosure entitled "Credit for

10

Dental Services" prior to opening the accounts;

31. The claims asserted by Plaintiff will be governed by the laws of the state of California and the injuries resulting from Defendants' conduct were incurred in California.

32. Plaintiff's claims are typical of those of the class he seeks to represent, and he will fairly and adequately represent the interests of the class. Plaintiff is represented by counsel competent and experienced in both consumer protection and class action litigation.

33. A class action is superior to other methods for the fair and efficient adjudication of this controversy. Because the damages suffered by the individual class members may be relatively small compared to the expense and burden of litigation, it would be impracticable and economically unfeasible for class members to seek redress individually. The prosecution of separate actions by the individual class members, even if possible, would create a risk of inconsistent adjudications with respect to individual class members against Defendants or any of them, and would establish incompatible standards of conduct.

34. As a proximate result of the unfair method of competition, and the deceptive, unfair acts and practices undertaken by Defendants, their agents, and employees, Plaintiff and the class have suffered actual damages in an amount that exceeds the jurisdictional minimum of the Superior Court.

35. Plaintiff has satisfied all statutory notice requirements, except as may have been excused by misconduct of Defendants. This complaint shall serve as further notice of the statutory violations described herein. Defendants have failed and refused to make restitution or offer Plaintiff and the class adequate relief or remedy.

**FIRST CAUSE OF ACTION**
(Against CACH, GE CAPITAL, CARECREDIT and applicable DOES)
(Violation of Business & Professions Code §654.3)

36. Plaintiff realleges and incorporates by reference as though fully set forth herein each and

11

every allegation contained in the paragraphs above.

37.    Bus. & Prof. Code §654.3 went into effect on January 1, 2011.  It was enacted in response to a growing problem of dental debt among consumers, particularly the elderly, low-income, and limited English-speaking patients to finance otherwise unaffordable dental procedures and devices.  Typically, these patients thought they were signing payment plans with their dental providers and only realized they had opened a high interest third party credit account when they started receiving credit card statements.  In addition, some consumers were charged for future services they did not receive, and limited English proficient customers were given applications in English that they did not understand.

38.    Section 654.3(c) of the Business and Professions Code provides that a dentist, or an employee or agent of that dentist, shall not arrange for or establish credit extended by a third party for a patient without first providing the following written notice, on one page in at least 14-point type, and obtaining a signature from the patient:

"Credit for Dental Services

The attached application and information is for a credit card/line of credit or loan to help you finance your dental treatment. You should know that:

You are applying for a _____ credit card/line of credit or a _____ loan for $_____

You do not have to apply for the credit card/line of credit or loan. You may pay your dentist for dental treatment in another manner.

This credit card/line of credit or loan is not a payment plan with the dental office; it is credit with [name of company issuing the credit card/line of credit or loan]. Your dentist does not work for this company.

Before applying for this credit card/line of credit or loan, you have the right to a written treatment plan from your dentist that includes the anticipated treatment to be provided and the estimated costs of each service.

If you are approved for a credit card/line of credit, your dentist can only charge treatment and lab costs to that credit card/line of credit when you get the treatment or the dentist incurs costs unless your dentist has first given you a list

12

of treatments that you are paying for in advance and the cost for each treatment or service.

You have the right to receive a credit to your credit card/line of credit or loan account refunded for any costs charged to the credit card/line of credit or loan for treatment that has not been rendered or costs that your dentist has not incurred. Your dentist must refund the amount of the charges to the lender within 15 business days of your request, after which the lender will credit your account.

Please read carefully the terms and conditions of this credit card/line of credit or loan, including any promotional offers.

You may be required to pay interest on the amount charged to the credit card/line of credit or the amount of the loan. If you miss a payment or do not pay on time, you may have to pay a penalty and/or a higher interest rate.

If you do not pay the money that you owe the company that provides you with a credit card/line of credit or loan, your missed payments can appear on your credit report and could hurt your credit rating. You could also be sued.

[Patient's Signature]"

39.     Pursuant to Business and Professions Code §652.5, a violation of Section 654.3(c) constitutes a misdemeanor;

40.     Plaintiff and members of the class were not provided with nor asked by their dentists to sign a written notice pursuant to Section 654.3(c) prior to opening a CareCredit credit account extended by GE CAPITAL/CARECREDIT.  Accordingly, Plaintiff's CareCredit credit account and the credit accounts of the class violate this statute and are unlawful and uncollectible, and any associated credit agreements are unenforceable.  Nevertheless, Defendants have authorized and approved of the CareCredit credit accounts and collected monies from Plaintiff and members of the class in willful violation of the statute.

41.     Plaintiff and members of the class have suffered damage as a result of the use or employment by Defendants of a method, act, or practice that willfully violates the Bus. & Prof. Code §654.3(c) in that they have paid Defendants monies to which Defendants are not entitled

13

and, pursuant to Bus. & Prof. Code §654.3(g), Plaintiff and the class may seek the relief provided by Civil Code §1780.

WHEREFORE, Plaintiff prays for damages, restitution, and injunctive relief as hereafter set forth.

## SECOND CAUSE OF ACTION
(Against CACH, GE CAPITAL, CARECREDIT and applicable DOES)
(Violation of the Consumers Legal Remedies Act, Civil Code §1750 *et seq.*)

42. Plaintiff realleges and incorporates by reference as though fully set forth herein each and every allegation contained in the paragraphs above.

43. The Consumers Legal Remedies Act was designed and enacted to protect consumers from unfair and deceptive business practices. To this end, the CLRA sets forth a list of unfair and deceptive acts and practices in Civil Code §1770 that are prohibited in any transaction intended to result in the sale or lease of goods or services to a consumer.

44. At all relevant times, Plaintiff was a consumer as that term is defined in Civil Code §1761(d). Plaintiff purchased dental services in California for personal, family, or household purposes. The unlawful practices of Defendants herein alleged are part of a "transaction" covered by the CLRA as that term is defined in Civil Code §1761(e).

45. Furthermore, Business and Professions Code §654.3(g) provides that any patient who suffers any damage as a result of the use or employment by any person of a method, act, or practice that willfully violates this section may seek the relief provided by Civil Code §1780.

46. Defendants have falsely represented to Plaintiff and the class that they owe money to Defendants in connection with the CareCredit credit accounts when, in fact, the CareCredit credit accounts are unlawful, uncollectible, and any associated credit agreements are unenforceable because they violate Business and Professions Code §654.3(c). Accordingly, Defendants' conduct violates Civil Code §1770(a)(14), which makes it unlawful to represent that a

14

transaction confers or involves rights, remedies, or obligations which it does not have or involve, or which are prohibited by law.

47.     As a proximate result of the unfair and deceptive practices of the Defendants, their agents and employees, Plaintiff and the class have suffered actual damages in an amount that exceeds the jurisdictional minimum of the Superior Court.  Plaintiff's damages include all amounts paid to Defendants on their CareCredit credit accounts, prejudgment interest, and statutory attorneys' fees incurred in bringing this action.

48.     Plaintiff has satisfied all terms of the contract, statutory notices and requirements, except as may have been excused by misconduct of the Defendants.  This complaint shall serve as further notice of the statutory violations described herein.  Defendants have failed and refused to make restitution or offer Plaintiff and the class adequate relief or remedy.

49.     Additionally, Defendants' violations of Civil Code §1770 present a continuing threat to members of the public in that Defendants continue to engage in the alleged practices, and will not cease until an injunction is issued by the Court.

50.     Plaintiff is entitled to an award of attorneys' fees, costs, and expenses pursuant to Civil Code §1780(a)(4).

WHEREFORE, Plaintiff prays for damages, restitution, attorneys' fees and costs and injunctive relief as hereafter set forth.

### THIRD CAUSE OF ACTION
(Against CACH, GE CAPITAL, CARECREDIT and applicable DOES)
(Violations of the Rosenthal Fair Debt Collection Practices Act, Civil Code § 1788, *et seq.*)

51.     Plaintiff realleges and incorporates herein by reference the allegations in each and every paragraph above.

52.     The Rosenthal Fair Debt Collection Practices Act, by expressly incorporating the provisions of 15 U.S.C. sections 1692b through 1692j, declares that it is unlawful for a debt collector, in connection with the collection of any debt, to make any false representation

15

regarding the character, amount, or legal status of any debt, as well as any other false representation. (See Civil Code § 1788.17; 15 U.S.C. § 1692e, subd. (2)(A), (10).) The Act also declares that it is unlawful to collect any amount that is not permitted by law. (See 15 U.S.C. § 1692f, subd. (1)).

53.     Defendants are debt collectors pursuant to the Rosenthal Fair Debt Collection Practices Act, which defines "debt collector" as any person who, in the ordinary course of business, regularly, on behalf of himself or herself or others, engages in debt collection. The term includes any person who composes and sells, or offers to compose and sell, forms, letters, and other collection media used or intended to be used for debt collection, but does not include an attorney or counselor at law. (Civil Code § 1788.2, subd. (c).) The term "debt collection" means any act or practice in connection with the collection of consumer debts. (Id. subd. (b).) The CareCredit credit accounts on which Defendants have collected and attempt to collect are consumer debts under the Rosenthal Fair Debt Collection Practices Act, which defines "consumer debt" as money, property or their equivalent, due or owing or alleged to be due or owing from a natural person by reason of a consumer credit transaction.

54.     Defendants have violated the Rosenthal Fair Debt Collection Practices Act because, among other things, the consumer debts that they have collected and attempted to collect from Plaintiff and members of the class were not permitted by law. None of the class members owe money to any of the Defendants because they were not provided with a statutory notice entitled "Credit for Dental Services" pursuant to Bus. & Prof. Code §654.3(c) prior to opening the CareCredit credit accounts extended by GE CAPITAL/CARECREDIT.

55.     Nonetheless, Defendants have demanded money or otherwise represented that Plaintiffs and members of the class owed a debt, and made false and deceptive statements in connection with the collection of consumer debts. In so doing, Defendants violated the Rosenthal Fair Debt

16

Collection Practices Act.

56.  Pursuant to Civil Code §1788.17, Defendants are "subject to the remedies in Section 1692k of, Title 15 of the United States Code," including any actual damages sustained by Plaintiff and the class as a result of Defendants' violations; any additional damage the court may allow not to exceed $1,000 for the named Plaintiff and such amount as the court may allow for all other class members, without regard to a minimum recovery, not to exceed the lesser of $500,000 or 1% of the net worth of Defendants; and attorneys' fees and costs.

WHEREFORE, Plaintiff prays for damages and attorneys' fees and costs and as hereafter set forth.

### FOURTH CAUSE OF ACTION
(Against CACH, GE CAPITAL, CARECREDIT and applicable DOES)
(Violations of Business and Professions Code §17200, et seq.)

57.  Plaintiff realleges and incorporates herein by reference the allegations of all paragraphs above.

58.  Plaintiff files this cause of action individually, and on behalf of the general public and as a class action, to challenge and to remedy Defendants' business practices. Business and Professions Code §17200, et seq., often referred to as the "Unfair Competition Law" (hereinafter "the UCL"), defines unfair competition to include any unlawful, unfair, or fraudulent business act or practice. The UCL provides that a court may order injunctive relief and restitution to affected individuals as remedies for any violations of the UCL.

59.  Beginning on an exact date unknown to Plaintiffs, but at all times relevant herein and during the four years preceding the filing of the complaint in this action, Defendants have committed acts of unfair competition proscribed by the UCL, including the practices alleged herein.

60.  In all aspects GE CAPITAL, CARECREDIT, and CACH have each assisted, aided, and abetted each other in carrying out the above enumerated violations.

17

61.    The business acts and practices of Defendants as hereinabove alleged constitute unlawful business practices in that, for the reasons set forth above, said acts and practices violate the provisions of Business & Professions Code §654.3(c), the Consumers Legal Remedies, Civil Code §1770, *et seq.*, the Rosenthal Fair Debt Collection Practices Act, and Civil Code § 1788, *et seq.*

62.    The business acts and practices of Defendants, as hereinabove alleged, constitute unfair business practices in that said acts and practices offend the public policies for which Business & Professions Code §654.3(c), the Consumers Legal Remedies Act, Civil Code §1770, *et seq.*, the Rosenthal Fair Debt Collection Practices Act, and Civil Code § 1788, *et seq.* were enacted and are substantially injurious to consumers.   Said acts and practices have no utility that outweighs their substantial harm to consumers.

63.    The business acts and practices of Defendants, as hereinabove alleged, constitute fraudulent business practices in that said acts and practices are likely to deceive the public and affected consumers as to their legal rights and obligations, and by use of such deception, may preclude consumers from exercising legal rights to which they are entitled.

64.    The unlawful, unfair and fraudulent business acts and practices of Defendants described herein present a continuing threat to Plaintiffs and members of the class in that Defendants are currently engaging in such acts and practices, and will persist and continue to do so unless and until an injunction is issued by this Court.

65.    As a direct and proximate result of the acts and practices described herein, Defendants have received and collected substantial monies or property from Plaintiff and members of the class to which they are not entitled.  Plaintiff has suffered injury in fact and has lost money or property as a result of the unlawful, unfair and fraudulent acts and practices of Defendants challenged herein.  Specifically, Plaintiff has paid $280.00 to GE CAPITAL/CARECREDIT on

18

the unlawful CareCredit credit account, has incurred costs and expenses defending a meritless lawsuit brought by CACH, and has had his credit damaged.

66.    Pursuant to Business and Professions Code §17203, Plaintiff seeks an order enjoining Defendants from engaging in such acts and practices as hereinabove alleged, and providing appropriate restitution to Plaintiff and the members of the class.  In particular, Plaintiff seek to enjoin Defendants from:

      (a) violating the provisions of Bus. & Prof. Code §654.3(c) with respect to consumers in California by authorizing and approving credit accounts arranged by consumers' dentists where the consumers are not provided with a written disclosure entitled "Credit for Dental Services" prior to opening the credit account and obtaining the consumers' signatures.

      (b) misrepresenting to California consumers who were not provided a written disclosure entitled "Credit for Dental Services" prior to opening a credit account arranged by the consumers' dentists that they are obligated to pay on these accounts;

      (c) reporting to credit reporting agencies credit accounts arranged by consumers' dentists as debt lawfully due and owing by California consumers who were not provided a written disclosure entitled "Credit for Dental Services" prior to opening the credit accounts;

      (d) collecting on credit accounts arranged by consumers' dentists from California consumers who were not provided a written disclosure entitled "Credit for Dental Services" prior to opening the accounts;

      (e) filing lawsuits to collect on credit accounts arranged by consumer's dentists against California consumers who were not provided a written

19

disclosure entitled "Credit for Dental Services" prior to opening the accounts;

Plaintiffs further seek to enjoin Defendants to do the following:

(f) contacting all credit reporting agencies to which Defendants have reported credit accounts arranged by consumers' dentists and requesting that such credit reporting agencies delete their entire tradelines relating to California consumers who were not provided a written disclosure entitled "Credit for Dental Services" prior to opening the accounts;

(g) dismissing all pending lawsuits attempting to collect on credit accounts arranged by consumers' dentists from California consumers who were not provided a written disclosure entitled "Credit for Dental Services" prior to opening the accounts;

(h) returning all monies paid by California consumers on credit accounts arranged by the consumers' dentists where the consumers were not provided a written disclosure entitled "Credit for Dental Services" prior to opening the accounts.

67. In addition, pursuant to Code of Civil Procedure §1021.5, Plaintiffs seek recovery of attorneys' fees, costs and expenses incurred in the filing and prosecution of this action.

WHEREFORE, Plaintiff prays for relief as set forth below.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

(1) For actual damages in excess of the jurisdictional minimum of this court;

(2) For restitution in an amount equal to at least the amount paid to Defendants;

(3) For an order enjoining defendants' unlawful practices;

(4) For prejudgment interest from the date of consummation of the transaction at the

20

maximum legal rate;

(5)     For attorneys' fees and costs of suit incurred herein; and

(6)     For such other and further relief as the Court deems just and proper under the circumstances.

Dated: October 6, 2014

KEMNITZER, BARRON & KRIEG, LLP

By: _____

AMY TAY

21

1

### JURY TRIAL DEMANDED

2
Plaintiff demands a trial by jury on all issues so triable.

3
Dated:  October 6, 2014                    KEMNITZER, BARRON & KRIEG, LLP

4

5                                            
                                     By: _____

6                                            AMY TAY

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

22

09/23/2014  12:43                                                #4985 P.002/002

## CareCredit
**APPLICATION AND CREDIT CARD ACCOUNT AGREEMENT**
A credit service of GE Capital Retail Bank

For Providers:  (800) 859-9975
For Patients/Clients: (800) 365-8295
Submit by Internet: CARECREDIT.COM

** MARRIED WI Residents only: If you are applying for an individual account and your spouse also is a WI resident, combine your and your spouse's financial information.

ESTIMATED FEE $   1200

### 1. APPLICANT INFORMATION: Please tell us about yourself.  Please note that you must reside in the United States and be 18 years or older to apply.

Name (First-Middle-Last) Please Print: **Joe Martinez**   Social Security Number: **7775**

Housing Information: ☐ PARENTS/RELATIVE ☐ OWN ☐ RENT ☐ OTHER

Monthly Net Income From All Sources: **4,000**

Contact Person Name: **Jake**

### 2. JOINT INFORMATION: An additional card will be issued to the person indicated below. The applicant (and joint applicant, if any) will be liable for all transactions made on the account including those made by any authorized user. JOINT APPLICANT: You agree that we may send notice to your applicant at this applicant's address, regardless of whether that live at that address.

### 3. APPLICANT and JOINT APPLICANT: We need your signature(s) below.

By applying for this account, I am asking GE Capital Retail Bank ("GECRB") to issue me a CareCredit Card (the "Card"), and I agree that:

PLEASE SEE NEXT PAGE FOR RATES, FEES AND OTHER COST INFORMATION.

If you apply as a Joint Applicant, each of you are jointly and individually responsible for obligations under the Agreement and by signing below, you each agree that intend to apply for joint credit.

Signature of Applicant: **Joe Martinez**   Date: **10/19/2014**

182-007-00
Rev. 10/2011
DATE OF PRINTING 9/11

PLEASE READ THE GE CAPITAL RETAIL BANK CREDIT CARD ACCOUNT AGREEMENT BEFORE SIGNING THIS APPLICATION.

EXHIBIT A

Exhibit A
Page 41

**CareCredit**
Promotional Plan Selection Slip

*Joe Martinez*
Cardholder Name

*Office Instructions: Process transaction through terminal and affix one copy of this form to each of the printed terminal receipts. If the terminal is not operational or sales receipt does not provide promotion duration (promo period) and APR complete the information at the bottom of this document. Give cardholder their copies prior to requesting their signature and retain merchant copies for practice records.*

No Interest if Paid in Full Within Promotional Period (Terminal receipt may describe this promotion as "Deferred Interest/No Interest if Paid in Full")
No interest charges will be assessed if the promotional purchase is paid in full within the promotion duration (promo period) as stated on the attached sales slip or below. If the promotional purchase is not paid in full by the end of the promo period, interest will be imposed from the date of purchase at the Purchase APR shown on the attached sales receipt or below. Minimum monthly payments are required. Making only the minimum payments required by your monthly statement may not pay off the promotion within the promo period. Regular account terms apply to non-promotional purchases and, after promotion ends, to promotional purchase. If account becomes 60 days past due, promo may be terminated early, accrued interest will be billed and regular account terms will apply.

14.90% APR and Fixed Monthly Payments Required Until Paid in Full Extended Payment Plan (Terminal receipt may describe this promotion as "Fixed Payment/Reduced APR")
Interest will be assessed on your promotional purchase balance from the purchase date at a 14.90% Promotional APR until paid in full. Fixed monthly payments are required, and will be calculated as follows: on 24 month promo – the fixed monthly payment will be 4.8439% of initial promo purchase amount; on 36 month promo – 3.4616% of amount; on 48 month promo – 2.7760% of amount; and on 60 month promo – 2.3737% of amount. See the attached sales receipt or below for the number of months used to calculate your fixed monthly payment. The fixed monthly payment may be higher than the minimum payment that would be required if this was a non-promotional purchase. Regular account terms apply to non-promotional purchases and, after promotion ends, to promotional purchase. If account becomes 60 days past due, promo may be terminated early and regular account terms will apply.

Not all promotions are available at all providers. Offers are subject to credit approval.

Your signature on the attached terminal receipt (or below) acknowledges that you have received goods and/or services from a CareCredit Provider. You hereby agree to perform the obligations set forth in your Cardholder Agreement with GE Capital Retail Bank.

Date: 10/19/70 11          Signature X *Joe Martinez*

| If Terminal is Not Operational or Sales Receipt does not provide promotion duration (promo period) and APR, please complete the appropriate fields below, have the customer sign this document and then attach it to any other customer sales documents. |
|---|
| To obtain the information below, call Provider Services at (800) 859-9975, select the Authorization option and choose AUTHORIZATION or SALE as applicable. You will need the cardholder account number, transaction amount and promotional transaction code to complete your request. Provider Services will provide the following information for the cardholder. |

Check Plan Type and complete the promo duration.

☒ No Interest if Paid in Full within Promotional Period          ☐ 14.90% APR and Fixed Monthly Payments Required Until Paid in Full
Promotion duration (promo period) of ___12___ months          ☐ 24 Month   ☐ 36 Month   ☐ 48 Month   ☐ 60 Month

Promotion APR: _____ % ☐ Check if variable*          Purchase APR: _____ % ☐ Check if variable*

* If this rate is variable, the rate varies with the market based on Prime Rate.

Top Copy (white) - Provider          Bottom Copy (yellow) - Cardholder          184-133-00 (10/11)

EXHIBIT B

PAY CREDIT

ONTARIO VILLAGE DENTAL
ONTARIO, CA 91762

10:57:33A

TOTAL
$1105.00

TRAN CODE: 0112

PROMOTION TYPE:
NO INTEREST IF PAID IN FULL

PROMOTION DURATION:
17 months

PROMOTIONAL APR:
26.99%

PURCHASE APR:
29.99%

I HAVE REVIEWED THE DETAILS OF MY
PROMOTIONAL SALE WHERE APPLICABLE AND
AGREE TO THE TERMS INDICATED ABOVE.

CARDHOLDER COPY

EXHIBIT C

CareCredit : Payment Plan Estimate

Page 1 of 1

**CareCredit Payment Plan Estimate**



Your estimated monthly payments, and terms for a CareCredit payment plan are as follows:

**Balance**      **$1,185**

### No Interest if Paid in Full Within 6, 12, 18 or 24 Months*

On purchases made with your CareCredit card. A minimum purchase amount may be required for promotional plans longer than 6 months in duration. Interest will be charged to your account from the purchase date if the promotional balance, including optional charges, is not paid in full within 6, 12, 18 or 24 months or if you make a late payment. Minimum Monthly Payments Required.*

| Plan Term: | Estimated Monthly Payment †<br>to avoid interest and pay only the amount financed: |
|---|---|
| 6 Month | $198 |
| 12 Month | $99 |



**Payment Calculator Disclosures:**

* **No Interest if Paid in Full Within 6, 12, 18 or 24 Months**
On purchases made with your CareCredit card. A minimum purchase amount may be required for promotional plans longer than 6 months in duration. Interest will be charged to your account from the purchase date if the promotional balance, including optional charges, is not paid in full within 6, 12, 18 or 24 months or if you make a late payment. Minimum Monthly Payments Required. If promo and debt cancellation are not paid in full within 6, 12, 18 or 24 months, interest at 26.99% APR will be assessed from purchase date. If account goes 60 days past due, promo may be terminated early and accrued interest will be billed. As of 7/1/2011, Purchase APR 26.99%; Penalty APR 29.99%. Minimum Interest $2. Existing cardholders refer to your current credit agreement for rates and terms. Subject to credit approval.

† Each month you are only required to pay the required minimum monthly payment on your account but to avoid interest the promotional purchase must be paid in full by the end of the promotional period. The estimated amounts are suggested amounts to be paid if you choose to make equal monthly payments and take advantage of the promotion. This suggested amount may be more than your minimum monthly payment. Your minimum monthly payment may vary and will depend on various factors affecting your account balance, such as (a) the timing and amount of your payments, (b) the interest rate on your account, and (c) whether any fees or other charges are added to your account. You may always pay more. The more you pay each month, the quicker your balance will be repaid and the lower your total finance charges will be.

X _Joe Martinez_          10/19/2011

Signature of Patient/Responsible Party

Payment offer valid days from above date.



CareCredit, LLC.
P.O. Box 1710
Costa Mesa, CA 92628-1710
For help with the CareCredit Payment Calculator, call the Practice Support Center 1-800-859-9975

**EXHIBIT D**

CARECREDIT/GECRB

 GE Capital Retail Bank

Cardholder Name: JOE MARTINEZ
Account Number: ████2040
Statement Closing Date: 11/14/2011

## Summary of Account Activity

| | |
|---|---:|
| Previous Balance | $0.00 |
| + New Purchases | $1,185.00 |
| - Payments | $0.00 |
| +/- Credits, Fees & Adjustments (net) | $0.00 |
| +/- Interest Charge (net) | $0.00 |
| New Balance | $1,185.00 |
| | |
| Credit Limit | $1,800.00 |
| Available Credit | $615.00 |
| Days in Billing Period | 27 |

Pay online for free at: gogecapital.com
For GE Capital Retail Bank customer service or to report
your card lost or stolen, call 1-866-893-7864.

Best times to call are Wednesday - Friday.

## Payment Information

| | |
|---|---:|
| New Balance | $1,185.00 |
| Total Minimum Payment Due | $46.00 |
| Payment Due Date | 12/07/2011 |

PAYMENT DUE BY 5 P.M. EASTERN ON THE DUE DATE.
We may convert your payment into an electronic debit. See
reverse side.

Late Payment Warning: If we do not receive your Total
Minimum Payment Due by the Payment Due Date listed above,
you may have to pay a late fee up to $35.00 and your APRs
may be increased to the Penalty APR of up to 29.990%.

Minimum Payment Warning: Making only the Total Minimum
Payment Due will increase the amount of interest you pay and
the time it takes to repay your balance.  For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 7 years | $2,501.00 |
| $49.00 | 3 years | $1,777.00 (Savings = $724.00) |

If you would like information about credit counseling services,
call 1-877-302-8797.

## Promotional Expiration Notification

YOU MUST PAY EACH PROMOTIONAL BALANCE IN FULL BY ITS EXPIRATION DATE TO AVOID PAYING DEFERRED
INTEREST CHARGES. PLEASE SEE THE PROMOTIONAL PURCHASE SUMMARY SECTION ON THIS STATEMENT
FOR FURTHER DETAILS. YOU HAVE A PROMOTION(S) EXPIRING ON 11/14/12.

## Promotional Purchase Summary

| Promotional Expiration Date | Promotional Balance | Deferred Interest Charge | Tran Date | Description | Initial Purchase Amount |
|---|---|---|---|---|---|
| 11/14/2012 | $1,185.00 | $23.86 | 10/19/2011 | Deferred/No Int if Pd in Full | $1,185.00 |

A summary of your promotional purchase is provided above.  Any promotion may be terminated if your account goes 60 days
past due.
If you have a DEFERRED INTEREST/NO INTEREST IF PAID IN FULL promotion: To avoid paying Deferred Interest Charges
on these promotion(s), you must pay the entire applicable Promotional Balance by the Promotional Expiration Date. On a
Fixed Payment (Extended Payment Plan) promotional purchase, the Interest Charge is billed monthly and included as part of
the Minimum Payment due.

To make more than one payment see Make Payment To address or pay online at gogecapital.com.

## Transaction Summary

| Tran Date | Post Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 10/19/2011 | 10/19/2011 | 853461295LE0TNM9V | ONTARIO VILLAGE DENTAL ONTARIO CA | $1,185.00 |
| | | | DEFERRED/NO INT IF PD IN FULL | |
| | | | FEES | |
| | | | TOTAL FEES FOR THIS PERIOD | $0.00 |

Continued on next page

* NOTICE: See reverse side and additional pages (if any) for important information concerning your account.

EXHIBIT E

Exhibit A
Page 45

Joe Martinez

**Dispute Acknowledgement Form**

*10:42 2/21/13 Nathan recovery*

*1(800) 552-5237 8406 Nov 1 received Dec 1 Javier*

Credit Card Client: CARECREDIT/GECRB
Account Number Ending In: 2040

*2/21/13 Carlos 10:30*

Do not use this form to report disputes if your card has been lost or stolen. If it has been lost or stolen, please call us immediately at 1-866-893-7864

**Instructions :**
Step 1: Complete the information below and sign this form.
Step 2: Make a copy for your records.
Step 3: Attach any other information requested below or you feel will help us resolve this issue.
Step 4: Fax or Mail this form to the address included in the letter accompanying this form.

I am disputing the transaction for the following reason (Please place check beside the reason that applies):

_____ I did not make the sale nor did anyone authorized to use my account make the sale. In addition, neither I nor anyone authorized to use my account received the goods or services represented by the transaction.

_____ The goods or services were not received on expected receipt date of ___/___/___. The date I notified the merchant was ___/___/___ and their response was:
_____
_____

_____ I cancelled my service/subscription with this merchant on ___/___/___ by phone/mail (circle one) or _____ but the charges still appear on my statement. Enclose any documentation.

_____ The goods or services were received and were defective or damaged, and I returned it/contacted the store (circle one). The date in which I returned it was ___/___/___, the amount of the credit to be applied to my account was $_____. Please attach a copy of the return or credit receipts received and if returned via mail, please provide proof of return.

✓ Other Reason not listed above: (Credit not posted, duplicate sale) Please provide any additional information:
*Due to unforseen health reasons unable to get dental work done at this time. An overpayment of 1,031.60 has been paid. Enclosing all information need to help resolve this*
Please complete information regarding the disputed transaction. *matter.*

Date of Disputed Transaction: *10/15/11*
Amount Disputed: $ *1026.60*
Store/Merchant Name: *Ontario Village Dental*
Your Daytime Phone Number: ▇▇▇▇▇

By signing below, I acknowledge that the information provided is accurate and authorize you to initiate a dispute.

Cardholder Signature:  *Joe Martinez*

Please provide a contact number where we may reach you if we need to discuss your dispute.
▇▇▇▇▇

Today's Date: *10/29/12*

EXHIBIT F



```
              CREDIT VOUCHER

                CARE CREDIT
             ONTARIO VILLAGE DENTAL
               ONTARIO, CA 91762

    04/28/14    02842134772      03:15:25P

    ACCOUNT NUMBER          TOTAL
    XXXXXXXXXXXX2040        $1026.60


    TRAN CODE: W012


    SEQN 000020 TRAN TYPE ADC  AUTHN

            CARDHOLDER COPY
```

EXHIBIT G

Joe Martinez



August 5, 2014

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

General Electric Capital Corporation
800 Long Ridge Rd.
Stamford, CT 06927

CareCredit LLC
2995 Red Hill Ave, Ste. 100
Costa Mesa, CA 92626

GE Capital Retail Bank
PO Box 965033
Orlando, FL 32896-5033

CACH, LLC
c/o Mandrich Law Group, LLP
6301 Owensmouth Ave., Ste. 850
Woodland Hills, CA 91367

RE: Joe Martinez, CareCredit/GECRB Account #2040

To Whom It May Concern:

    I am writing about a CareCredit account I opened on October 19, 2011 at Ontario Village Dental. On that date, I was charged fees to the CareCredit account in the amount $1,185 for a five phase dental treatment that had not yet been performed. After completing the first two phases of treatment, I was unsatisfied with the work done and did not complete the remaining procedures. I have paid GE Capital around $280. This amount includes an overpayment for some services that were never performed. Ontario Village Dental has credited $1026.60 back to the CareCredit account for services that it did not complete. Nevertheless, it appears that GE Capital has sold my CareCredit account to CACH, LLC, which now claims that I owe $1,625.06 on the account. CACH, LLC has filed a lawsuit against me trying to collect this amount.

    I have since learned that California law requires that dental patients sign a full page disclosure in 14-point type entitled "Credit for Dental Services" explaining that the CareCredit account is not a payment plan with the dentist and that opening the account is not required in order to obtain services. I was never provided with and did not sign any disclosure like this. Therefore, I believe that the account was illegally opened and I should be refunded all the money I paid to GE Capital.

    Please contact me in writing within 30 days if you will agree to return all monies I have paid on the account and to stop further collection attempts.

    Sincerely,

    Joe Martinez

    EXHIBIT H

Exhibit A
Page 48



08/26/2014  15:25                                         #4327 P.005/008

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

GE Capital Retail Bank
PO Box 965033
Orlando, FL 32896-5033

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

CACH, LLC
c/o Mandrich Law Group, LLP
6301 Owensmouth Ave., Ste. 850
Woodland Hills, CA 91367

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

CareCredit LLC
2995 Red Hill Ave, Ste. 100
Costa Mesa, CA 92626

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

General Electric Capital Corporation
800 Long Ridge Rd.
Stamford, CT 06927

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CareCredit LLC
2995 Red Hill Ave, Ste. 100
Costa Mesa, CA 92626

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
EDGAR R                          08-7-2014

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☑ Certified Mail®    ☐ Priority Mail Express™
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)        ☐ Yes

2. Article Number
(Transfer from service label)    7014 0510 0000 9390 0977

PS Form 3811, July 2013        Domestic Return Receipt

Exhibit A
Page 49

08/26/2014  15:26                                                #4327 P.006/006

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CACH, LLC
c/o Mandich Law Group, LLP
6301 Owensmouth Ave., Ste. 850
Woodland Hills, CA 91367

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    □ Agent
                                     □ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:       □ No

3. Service Type
   ☒ Certified Mail    □ Priority Mail Express™
   □ Registered        □ Return Receipt for Merchandise
   □ Insured Mail      □ Collect on Delivery
4. Restricted Delivery? (Extra Fee)            □ Yes

2. Article Number
   (Transfer from service label)    7014 0510 0000 9390 0996

PS Form 3811, July 2013        Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GE Capital Retail Bank
P.O. Box 965033
Orlando, FL 32896-5033

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X   J. Niño                          □ Agent
                                     □ Addressee
B. Received by (Printed Name)    C. Date of Delivery
   J. Niño

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:       □ No

3. Service Type
   ☒ Certified Mail    □ Priority Mail Express™
   □ Registered        □ Return Receipt for Merchandise
   □ Insured Mail      □ Collect on Delivery
4. Restricted Delivery? (Extra Fee)            □ Yes

2. Article Number
   (Transfer from service label)    7014 0510 0000 9390 0964

PS Form 3811, July 2013        Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

General Electric Capital Corporation
800 Long Ridge Rd.
Stamford, CT 06927

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    □ Agent
                                     □ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:       □ No

3. Service Type
   ☒ Certified Mail    □ Priority Mail Express™
   □ Registered        □ Return Receipt for Merchandise
   □ Insured Mail      □ Collect on Delivery
4. Restricted Delivery? (Extra Fee)            □ Yes

2. Article Number
   (Transfer from service label)    7014 0510 0000 9390 0953

PS Form 3811, July 2013        Domestic Return Receipt

Exhibit A
Page 50

08/26/2014  15:24                                                    #4327 P.002/006



August 9, 2014

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

General Electric Capital Corporation          CareCredit LLC
800 Long Ridge Rd.                            2995 Red Hill Ave, Ste. 100
Stamford, CT 06927                            Costa Mesa, CA 92626

GE Capital Retail Bank                        CACH, LLC
PO Box 965033                                 c/o Mandrich Law Group, LLP
Orlando, FL 32896-5033                        6301 Owensmouth Ave., Ste. 850
                                              Woodland Hills, CA 91367

RE: Joe Martinez, CareCredit/GECRB Account #▮▮▮▮▮▮2040

To Whom It May Concern:

    Further to my earlier letter dated August 5, 2014, I believe there are other consumers who
opened CareCredit accounts and who were not asked to sign the "Credit for Dental Services"
disclosure required by California law.  I similarly expect that you cease all collection activities
from such consumers and return all monies paid to you on their CareCredit accounts in addition
to returning all payments that I made.   Again, please contact me in writing within 30 days if you
will agree to do this.

                                              Sincerely,

                                              *Joe Martinez*

                                              Joe Martinez

EXHIBIT I

08/28/2014  15:24                                                              #4327 P.003/006



08/26/2014   15:25                                              #4327 P.004/006

**SENDER: COMPLETE THIS SECTION** | **COMPLETE THIS SECTION ON DELIVERY**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _J. Nino_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name) _J. NINO_   C. Date of Delivery

1. Article Addressed to:

GE Capital Retail Bank
PO Box 965033
Orlando, FL 32896-5033

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

AUG 1 8 2014

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7014 0510 0000 9390 0991

PS Form 3811, July 2013   Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION** | **COMPLETE THIS SECTION ON DELIVERY**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X   ☐ Agent   ☐ Addressee

B. Received by (Printed Name) _EDGAR R_   C. Date of Delivery _8.14.2014_

1. Article Addressed to:

CareCredit LLC
2995 Red Hill Ave, Ste. 100
Costa Mesa, CA 92626

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Priority Mail Express
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7014 0510 0000 9390 0984

PS Form 3811, July 2013   Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION** | **COMPLETE THIS SECTION ON DELIVERY**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X   ☐ Agent   ☐ Addressee

B. Received by (Printed Name) _Blanca B_   C. Date of Delivery

1. Article Addressed to:

CACH, LLC
c/o Mandrich Law Group, LLP
6301 Owensmouth Ave., Ste. 850
Woodland Hills, CA 91367

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Priority Mail Express
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7014 0510 0000 9390 1004

PS Form 3811, July 2013   Domestic Return Receipt

SCANNED

**FILE COPY**
Martinez, J.
**BC 5 5 9 7 7 2**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
NOTICE OF CASE ASSIGNMENT – CLASS ACTION CASES
Case Number _____

THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT
Your case is assigned for all purposes to the judicial officer indicated below (Local Rule 3.3(c)).

| ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|
| Judge Elihu M. Berle | 323 | 1707 |
| Judge William F. Highberger | 322 | 1702 |
| Judge John Shepard Wiley, Jr. | 311 | 1408 |
| Judge Kenneth Freeman | 310 | 1412 |
| Judge Jane Johnson | 308 | 1415 |
| Judge Amy D. Hogue | 307 | 1402 |
| OTHER | | |

**Instructions for handling Class Action Civil Cases**

The following critical provisions of the Chapter Three Rules, as applicable in the Central District, are summarized for your assistance.

**APPLICATION**
The Chapter Three Rules were effective January 1, 1994. They apply to all general civil cases.

**PRIORITY OVER OTHER RULES**
The Chapter Three Rules shall have priority over all other Local Rules to the extent the others are inconsistent.

**CHALLENGE TO ASSIGNED JUDGE**
A challenge under Code of Civil Procedure section 170.6 must be made within 15 days after notice of assignment for all purposes to a judge, or if a party has not yet appeared, within 15 days of the first appearance.

**TIME STANDARDS**
Cases assigned to the Individual Calendaring Court will be subject to processing under the following time standards:

**COMPLAINTS:** All complaints shall be served within 60 days of filing and proof of service shall be filed within 90 days of filing.

**CROSS-COMPLAINTS:** Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed. Cross-complaints shall be served within 30 days of the filing date and a proof of service filed within 60 days of the filing date.

A Status Conference will be scheduled by the assigned Independent Calendar Judge no later than 270 days after the filing of the complaint. Counsel must be fully prepared to discuss the following issues: alternative dispute resolution, bifurcation, settlement, trial date, and expert witnesses.

**FINAL STATUS CONFERENCE**
The Court will require the parties at a status conference not more than 10 days before the trial to have timely filed and served all motions in limine, bifurcation motions, statements of major evidentiary issues, dispositive motions, requested jury instructions, and special jury instructions and special jury verdicts. These matters may be heard and resolved at this conference. At least 5 days before this conference, counsel must also have exchanged lists of exhibits and witnesses and have submitted to the court a brief statement of the case to be read to the jury panel as required by Chapter Eight of the Los Angeles Superior Court Rules.

**SANCTIONS**
The court will impose appropriate sanctions for the failure or refusal to comply with Chapter Three Rules, orders made by the Court, and time standards or deadlines established by the Court or by the Chapter Three Rules. Such sanctions may be on a party or if appropriate on counsel for the party.

This is not a complete delineation of the Chapter Three Rules, and adherence only to the above provisions is therefore not a guarantee against the imposition of sanctions under Trial Court Delay Reduction. Careful reading and compliance with the actual Chapter Rules is absolutely imperative.

Given to the Plaintiff/Cross-Complainant/Attorney of Record on OCT 07 2014    SHERRI R. CARTER, Executive Officer/Clerk

LACIV CCW 190 (Rev09/13)
LASC Approved 05-06
For Optical Use

By _____, Deputy Clerk

Exhibit A
Page 54

# EXHIBIT B

## CHARTER

| NO | NAME | CITY | STATE | CERT | RSSD |
|---|---|---|---|---|---|
| 700358 | A J Smith Federal Savings Bank | Midlothian | IL | 27831 | 671370 |
| 708059 | Abacus Federal Savings Bank | New York | NY | 32257 | 762773 |
| 713964 | Admirals Bank | Boston | MA | 27015 | 541307 |
| 714544 | Affiliated Bank | Bedford | TX | 34885 | 965789 |
| 714939 | AIG Federal Savings Bank | Wilmington | DE | 35267 | 2909330 |
| 708149 | American Bank | Rockville | MD | 32328 | 415677 |
| 708569 | American Bank of Huntsville | Huntsville | AL | 32649 | 626370 |
| 715648 | American Express Bank, FSB | Salt Lake City | UT | 35328 | 2966306 |
| 702983 | American Federal Bank | Fargo | ND | 29140 | 637170 |
| 704902 | American Federal Savings Bank | Helena | MT | 30182 | 685676 |
| 717958 | American Investors Bank and Mortgage | Eden Prairie | MN | 57695 | 3229642 |
| 706160 | American L & SA | Hannibal | MO | 30950 | 713074 |
| 708384 | American Savings Bank, FSB | Honolulu | HI | 32526 | 54973 |
| 712609 | American Savings Bank, FSB | Portsmouth | OH | 29597 | 455879 |
| 704247 | American Savings, FSB | Munster | IN | 29878 | 1010574 |
| 702674 | Amory FS & LA | Amory | MS | 28949 | 715975 |
| 704474 | Anchorbank,fsb | Madison | WI | 29979 | 727473 |
| 703874 | Anthem Bank & Trust | Plaquemine | LA | 29679 | 527178 |
| 701735 | Argentine Federal Savings | Kansas City | KS | 28507 | 120476 |
| 703995 | Aroostook County FS & LA | Caribou | ME | 29743 | 351878 |
| 702349 | Arundel Federal Savings Bank | Glen Burnie | MD | 28780 | 390372 |
| 704115 | Astoria Bank | Long Island City | NY | 29805 | 482772 |
| 702887 | Athens Federal Community Bank | Athens | TN | 29085 | 807272 |
| 717022 | Atlantic Coast Bank | Jacksonville | FL | 45826 | 543570 |
| 701305 | Auburn Savings Bank, FSB | Auburn | ME | 28288 | 229173 |
| 715850 | Auto Club Trust, FSB | Dearborn | MI | 35115 | 2860459 |
| 717960 | Bank @lantec | Virginia Beach | VA | 57730 | 546384 |
| 717079 | Bank Mutual | Brown Deer | WI | 30125 | 806378 |
| 718042 | Bank of Maumee | Maumee | OH | 58317 | 3461264 |
| 701538 | Bank of New Orleans | Metairie | LA | 28411 | 108474 |
| 703912 | Bank of Ruston | Ruston | LA | 29700 | 345877 |
| 702889 | Bank'34 | Alamogordo | NM | 29087 | 955977 |
| 702402 | Bankfinancial, FSB | Olympia Fields | IL | 28808 | 454676 |
| 705964 | Bankliberty | Liberty | MO | 30817 | 379171 |
| 713480 | Banksouth | Greensboro | GA | 16418 | 88231 |
| 718140 | Bay Bank, FSB | Lutherville | MD | 59004 | 4155841 |
| 708386 | Bay-Vanguard Federal Savings Bank | Baltimore | MD | 32527 | 242976 |
| 705195 | Beauregard FSB | Deridder | LA | 30339 | 123374 |
| 700773 | Belmont FS & LA | Belmont | NC | 28035 | 919773 |
| 715152 | Ben Franklin Bank of Illinois | Arlington Heights | IL | 28384 | 462774 |
| 703790 | Big Horn Federal Savings Bank | Greybull | WY | 29637 | 521970 |
| 706361 | Blue Grass FS & LA | Paris | KY | 31090 | 617079 |
| 716456 | Bofl  Federal Bank | San Diego | CA | 35546 | 2917317 |
| 706033 | Boulevard Bank | Neosho | MO | 30866 | 507479 |
| 706979 | Brainerd S & LA, A Federal Assn | Brainerd | MN | 31443 | 416973 |
| 705141 | Broadway Federal Bank, F.S.B. | Los Angeles | CA | 30306 | 26176 |
| 715674 | Capital Bank and Trust Company | Irvine | CA | 35164 | 2921659 |
| 700670 | Capitol Federal Savings Bank | Topeka | KS | 27981 | 968070 |
| 704069 | Carrollton Federal Bank | Carrollton | KY | 29774 | 219679 |
| 702657 | Carthage FS & LA | Carthage | NY | 28942 | 900678 |
| 705273 | Carver Federal Savings Bank | New York | NY | 30394 | 268677 |
| 706230 | Cenlar FSB | Ewing Township | NJ | 30996 | 934271 |
| 701567 | Central FS & LA | Cicero | IL | 28425 | 467470 |
| 700529 | Central FS & LA of Chicago | Chicago | IL | 27910 | 615879 |
| 705710 | Central FS & LA of Rolla | Rolla | MO | 30664 | 544577 |
| 701260 | CFBank | Fairlawn | OH | 28263 | 767974 |
| 703866 | Charleroi Federal Savings Bank | Charleroi | PA | 29672 | 100777 |
| 718077 | Charles Schwab Bank | Reno | NV | 57450 | 3150447 |

Exhibit B
Page 55

| CHARTER NO | NAME | CITY | STATE | CERT | RSSD |
|---|---|---|---|---|---|
| 705798 | Charterbank | West Point | GA | 30720 | 551070 |
| 702148 | Chesapeake Bank of Maryland | Baltimore | MD | 28684 | 204077 |
| 708003 | Chinatown Federal Savings Bank | New York | NY | 32209 | 562076 |
| 701409 | Cincinnati FS & LA | Cincinnati | OH | 28346 | 66677 |
| 713138 | Citizens Bank & Trust, Inc. | Trenton | GA | 27153 | 1163283 |
| 700824 | Citizens FS & LA | Bellefontaine | OH | 28600 | 647777 |
| 700375 | Citizens FS & LA | Covington | KY | 27841 | 673477 |
| 704846 | Citizens S&LA, FSB | Leavenworth | KS | 30150 | 864378 |
| 706503 | Citizens Savings Bank | Clarks Summit | PA | 31184 | 828473 |
| 704055 | Clay County Savings Bank | Liberty | MO | 29764 | 125873 |
| 714961 | ClearPoint  Federal Bank & Trust | Batesville | IN | 34748 | 2723376 |
| 701997 | Clifton Savings Bank | Clifton | NJ | 28633 | 554473 |
| 700904 | Collinsville B & LA | Collinsville | IL | 28103 | 658474 |
| 707173 | Colombo Bank | Rockville | MD | 31555 | 695077 |
| 704983 | Colonial Bank, FSB | Vineland | NJ | 30218 | 941176 |
| 701673 | Colonial Federal Savings Bank | Quincy | MA | 28481 | 117074 |
| 706809 | Colonial Savings, Fa | Fort Worth | TX | 31361 | 339072 |
| 708876 | Colorado Federal Savings Bank | Greenwood Village | CO | 33111 | 1718469 |
| 702454 | Columbia Bank | Fair Lawn | NJ | 28834 | 174572 |
| 713248 | Commercial Banking Company | Valdosta | GA | 16246 | 381932 |
| 706591 | Commonwealth Bank, FSB | MT. Sterling | KY | 31239 | 654177 |
| 717428 | Community Development Bank FSB | Ogema | MN | 10568 | 168357 |
| 717528 | Community Federal Savings Bank | Woodhaven | NY | 57129 | 3040418 |
| 700646 | Community Savings | Caldwell | OH | 27969 | 476472 |
| 717996 | Continental Bank | East Norriton | PA | 58061 | 3381876 |
| 715682 | Cornerstonebank | Atlanta | GA | 35027 | 2992501 |
| 716088 | Country Trust Bank | Bloomington | IL | 35602 | 449935 |
| 703136 | County Savings Bank | Essington | PA | 29231 | 658072 |
| 704175 | Crossroads Bank | Wabash | IN | 29839 | 228279 |
| 704877 | Cullman Savings Bank | Cullman | AL | 30167 | 934673 |
| 703234 | Cumberland Federal Bank, FSB | Cumberland | WI | 29293 | 28675 |
| 716693 | Davidson Trust Co. | Great Falls | MT | 35510 | 644954 |
| 704241 | Dearborn FSB | Dearborn | MI | 29874 | 1005075 |
| 704354 | Dearborn Savings Bank | Lawrenceburg | IN | 29926 | 738572 |
| 701993 | Delanco Federal Savings Bank | Delanco | NJ | 28631 | 122573 |
| 708043 | Dollar Bank, Federal Savings Bank | Pittsburgh | PA | 33245 | 961624 |
| 703764 | Doolin Security Savings Bank, FSB | New Martinsville | WV | 29617 | 87177 |
| 705848 | E*trade Bank | Arlington | VA | 30746 | 370271 |
| 718000 | E*trade Savings Bank | Arlington | VA | 58119 | 3441677 |
| 708183 | Eastern Savings Bank, FSB | Hunt Valley | MD | 32360 | 643078 |
| 704194 | Eaton Federal Savings Bank | Charlotte | MI | 29846 | 980773 |
| 704476 | Edgewater Bank | St. Joseph | MI | 29981 | 633677 |
| 701485 | Edward Jones Trust Company | St. Louis | MO | 28390 | 3529315 |
| 706164 | El Dorado Savings Bank, F.S.B. | Placerville | CA | 30953 | 961576 |
| 702849 | Elberton FS & LA | Elberton | GA | 29665 | 615776 |
| 704307 | Elizabethton Federal Savings Bank | Elizabethton | TN | 29904 | 17978 |
| 707056 | Equitable Bank | Grand Island | NE | 31485 | 81175 |
| 718006 | Esquire Bank | Brooklyn | NY | 58140 | 3447820 |
| 700962 | Eureka Bank | Pittsburgh | PA | 28135 | 667074 |
| 703193 | Eureka Homestead | Metairie | LA | 29268 | 794475 |
| 715115 | Everbank | Jacksonville | FL | 34775 | 2735146 |
| 716425 | Everence Trust Company | Goshen | IN | 57109 | 3029253 |
| 702610 | Evergreen FS & LA | Grants Pass | OR | 28914 | 55970 |
| 705608 | F&M Bank and Trust Company | Hannibal | MO | 30595 | 413673 |
| 700311 | Fairfield FS & LA | Lancaster | OH | 27806 | 666974 |
| 702049 | Fairview S&LA | Fairview | OK | 28652 | 618777 |
| 703330 | Family Bank | Pelham | GA | 29357 | 156970 |
| 704434 | Family Federal Savings, F.A. | Fitchburg | MA | 29962 | 969974 |

**Federal Savings Associations Active As of 10/31/2014**

| CHARTER NO | NAME | CITY | STATE | CERT | RSSD |
|---|---|---|---|---|---|
| 715205 | Farm Bureau Bank, FSB | Sparks | NV | 35157 | 2819167 |
| 701669 | Farmers and Mechanics FS & LA | Bloomfield | IN | 28478 | 412872 |
| 716138 | FDS Bank | Mason | OH | 33831 | 2107181 |
| 703997 | Federal Savings Bank | Dover | NH | 29744 | 119872 |
| 706081 | Fidelity Bank | Wichita | KS | 30895 | 762474 |
| 703587 | Fidelity FS & LA of Delaware | Delaware | OH | 29521 | 446176 |
| 716116 | Fidelity Personal Trust Company, FSB | Boston | MA | 35206 | 2914268 |
| 718058 | Fieldpoint Private Bank & Trust | Greenwich | CT | 58741 | 3664588 |
| 700133 | Fifth District Savings Bank | New Orleans | LA | 27697 | 837970 |
| 715660 | First American Trust, FSB | Santa Ana | CA | 26312 | 1883321 |
| 715575 | First Capital Bank | Laurinburg | NC | 34966 | 2849463 |
| 713570 | First Command Bank | Fort Worth | TX | 34415 | 2568063 |
| 704081 | First Federal Bank | Dickson | TN | 29782 | 220974 |
| 706343 | First Federal Bank | Dunn | NC | 31077 | 943974 |
| 702721 | First Federal Bank | Harrison | AR | 28982 | 687072 |
| 706707 | First Federal Bank of Florida | Lake City | FL | 31313 | 384278 |
| 702825 | First Federal Bank of Kansas City | Kansas City | MO | 29047 | 950178 |
| 705339 | First Federal Bank of Louisiana | Lake Charles | LA | 30441 | 517674 |
| 700041 | First Federal Bank of Ohio | Galion | OH | 27643 | 207470 |
| 704192 | First Federal Bank of The Midwest | Defiance | OH | 29845 | 981275 |
| 705313 | First Federal Bank of Wisconsin | Waukesha | WI | 30422 | 331076 |
| 706432 | First Federal Bank, A FSB | Tuscaloosa | AL | 31127 | 814074 |
| 703920 | First Federal Community Bk of Bucyrus | Bucyrus | OH | 29705 | 346379 |
| 706210 | First Federal of Northern Michigan | Alpena | MI | 30985 | 745374 |
| 706903 | First Federal of South Carolina, FSB | Walterboro | SC | 31410 | 535575 |
| 704395 | First Federal Savings Bank | Monessen | PA | 29943 | 926977 |
| 702631 | First Federal Savings Bank | Ottawa | IL | 28924 | 771878 |
| 707101 | First Federal Savings Bank | Rochester | IN | 31516 | 257578 |
| 703619 | First Federal Savings Bank | Sheridan | WY | 29537 | 387671 |
| 702324 | First Federal Savings Bank of Angola | Angola | IN | 28769 | 158376 |
| 703835 | First Federal Savings Bank of Boston | Boston | MA | 29656 | 402275 |
| 702201 | First Federal Savings of Middletown | Middletown | NY | 28712 | 565170 |
| 702479 | First Federal SB of Twin Falls | Twin Falls | ID | 28845 | 582971 |
| 703816 | First FS & LA | Aberdeen | MS | 29646 | 339876 |
| 702753 | First FS & LA | Centerburg | OH | 29005 | 693073 |
| 703313 | First FS & LA | Delta | OH | 29345 | 80374 |
| 706517 | First FS & LA | Hazard | KY | 31197 | 831875 |
| 703536 | First FS & LA | Lakewood | OH | 29488 | 318974 |
| 706902 | First FS & LA | Morehead | KY | 31409 | 411174 |
| 702893 | First FS & LA | Newark | OH | 29090 | 623874 |
| 705957 | First FS & LA | Pascagoula | MS | 30812 | 90177 |
| 703786 | First FS & LA of Bath | Bath | ME | 29636 | 583071 |
| 702457 | First FS & LA of Bucks Co | Bristol | PA | 28835 | 581376 |
| 703812 | First FS & LA of Central Illinois | Shelbyville | IL | 29645 | 399973 |
| 702190 | First FS & LA of Greene Co | Waynesburg | PA | 28706 | 624778 |
| 704656 | First FS & LA of Greensburg | Greensburg | IN | 30058 | 921879 |
| 703756 | First FS & LA of Kewanee | Kewanee | IL | 29611 | 519070 |
| 704171 | First FS & LA of Lorain | Lorain | OH | 29838 | 144678 |
| 700412 | First FS & LA of Mattoon | Mattoon | IL | 27858 | 676076 |
| 703773 | First FS & LA of McMinnville | McMinnville | OR | 29624 | 90579 |
| 703542 | First FS & LA of Ravenswood | Ravenswood | WV | 29490 | 441470 |
| 702969 | First FS & LA of Van Wert | Van Wert | OH | 29135 | 820879 |
| 700391 | First FS&LA of Independence | Independence | KS | 27852 | 600576 |
| 706896 | First FS&LA of San Rafael | San Rafael | CA | 31406 | 229070 |
| 703019 | First FS&LA of Valdosta | Valdosta | GA | 29164 | 828174 |
| 703042 | First FS&LA of Wakeeney | Wakeeney | KS | 29172 | 721574 |
| 701611 | First FSB of Champaign-Urbana | Champaign | IL | 28445 | 346771 |
| 704381 | First FSB of Frankfort | Frankfort | KY | 29937 | 741974 |

Exhibit B
Page 57

Federal Savings Associations Active as of 10/6/2014

| CHARTER NO | NAME | CITY | STATE | CERT | RSSD |
|---|---|---|---|---|---|
| 705153 | First FSB of Lincolnton | Lincolnton | NC | 30315 | 42372 |
| 706191 | First FSB of Mascoutah | Mascoutah | IL | 30969 | 966272 |
| 703932 | First FSB of Washington | Washington | IN | 29710 | 110972 |
| 706568 | First Harrison Bank | Corydon | IN | 31223 | 716374 |
| 702502 | First Piedmont FS & LA of Gaffney | Gaffney | SC | 28859 | 646172 |
| 705224 | First S & LA | Mebane | NC | 30358 | 141677 |
| 708547 | First Savings Bank | Beresford | SD | 32629 | 67656 |
| 704433 | First Savings Bank, F.S.B. | Clarksville | IN | 29961 | 785473 |
| 705740 | First Shore FS & LA | Salisbury | MD | 30680 | 59370 |
| 707674 | First Western Federal Savings Bank | Rapid City | SD | 31972 | 715470 |
| 716115 | Firstatlantic Bank | Jacksonville | FL | 35200 | 3619739 |
| 708412 | Flagstar Bank, FSB | Troy | MI | 32541 | 146672 |
| 703862 | Florida Parishes Bank | Hammond | LA | 29670 | 526676 |
| 702230 | Foundation Bank | Cincinnati | OH | 28724 | 444471 |
| 703069 | Fox Valley Savings Bank | Fond Du Lac | WI | 29188 | 835770 |
| 700544 | Foxboro Federal Savings | Foxborough | MA | 27918 | 652977 |
| 705286 | Franklin Bank | Pilesgrove | NJ | 30402 | 574079 |
| 702386 | Franklin Federal Savings Bank | Glen Allen | VA | 28798 | 514776 |
| 715952 | Franklin Templeton Bank & Trust,f.S.B | Salt Lake City | UT | 22087 | 189866 |
| 701292 | Fraternity FS & LA | Baltimore | MD | 28283 | 954774 |
| 705489 | Freehold Savings Bank | Freehold | NJ | 30519 | 588478 |
| 712117 | Frontier Bank | Rock Rapids | IA | 33922 | 2218443 |
| 714979 | Frontier Bank, FSB | Palm Desert | CA | 34738 | 2704740 |
| 700257 | Gate City Bank | Fargo | ND | 27774 | 657271 |
| 708857 | Gateway Bank, F.S.B. | Oakland | CA | 33103 | 1493319 |
| 705278 | Geddes FS & LA | Syracuse | NY | 30397 | 451273 |
| 718024 | Generations Bank | Seneca Falls | NY | 16040 | 442011 |
| 717986 | Georgetown Bank | Georgetown | MA | 90202 | 904201 |
| 704804 | Gibraltar Bank | Oak Ridge | NJ | 30126 | 670775 |
| 708007 | Gibraltar Private Bank & Trust Co. | Coral Gables | FL | 32212 | 623771 |
| 702253 | Golden Belt Bank, Fsa | Ellis | KS | 28735 | 148171 |
| 707547 | Grand Bank For Savings, FSB | Hattiesburg | MS | 31864 | 68671 |
| 717950 | Grand Mountain Bank, FSB | Granby | CO | 57531 | 3148033 |
| 706518 | Greeneville Federal Bank, FSB | Greeneville | TN | 31198 | 645577 |
| 700641 | Greenville Federal | Greenville | OH | 27965 | 567679 |
| 717936 | Guaranty Bank | Milwaukee | WI | 30003 | 640170 |
| 700709 | Guardian Savings Bank, A F.S.B. | West Chester | OH | 27998 | 727174 |
| 718001 | H&R Block Bank | Kansas City | MO | 58124 | 3352399 |
| 701904 | Hamilton Bank | Baltimore | MD | 28589 | 365576 |
| 702808 | Hancock County Savings Bank, F.S.B. | Chester | WV | 29035 | 888271 |
| 704859 | Hatboro Federal Savings, Fa | Hatboro | PA | 30155 | 995272 |
| 702165 | Heartland Bank | St. Louis | MO | 28694 | 501972 |
| 703155 | Henderson Federal Savings Bank | Henderson | TX | 29241 | 849076 |
| 702078 | Heritage Bank | St. George | UT | 28665 | 130671 |
| 703691 | Heritage Bank of St. Tammany | Covington | LA | 29577 | 194570 |
| 717927 | Heritage First Bank | Rome | GA | 20761 | 318947 |
| 714792 | Hickory Point Bank and Trust, FSB | Decatur | IL | 22874 | 550635 |
| 718045 | High Desert Bank | Bend | OR | 58594 | 3601088 |
| 706581 | Highland FS & LA | Crossville | TN | 31232 | 652070 |
| 700890 | Home Bank | Lafayette | LA | 28094 | 929978 |
| 704255 | Home Bank SB | Martinsville | IN | 29981 | 1015270 |
| 701830 | Home City FSB of Springfield | Springfield | OH | 28554 | 605973 |
| 700057 | Home Federal Bank | Shreveport | LA | 27654 | 804374 |
| 700887 | Home Federal Bank | Sioux Falls | SD | 28092 | 843177 |
| 714725 | Home Federal Bank of Hollywood | Hallandale Beach | FL | 34652 | 2728746 |
| 703879 | Home Federal Bank of Tennessee | Knoxville | TN | 29683 | 105473 |
| 702818 | Home Federal Savings Bank | Rochester | MN | 29042 | 796572 |
| 707450 | Home FS & LA | Bamberg | SC | 31774 | 582878 |

| CHARTER NO | NAME | CITY | STATE | CERT | RSSD |
|---|---|---|---|---|---|
| 700528 | Home FS & LA of Collinsville | Collinsville | IL | 27909 | 682479 |
| 701412 | Home FS & LA of Niles | Niles | OH | 28349 | 71073 |
| 703519 | Home FS&LA of Grand Island | Grand Island | NE | 29476 | 317379 |
| 705760 | Home FS&LA of Nebraska | Lexington | NE | 30695 | 61177 |
| 712504 | Home Loan Investment Bank, F.S.B. | Warwick | RI | 27417 | 724904 |
| 700508 | Home S & LA of Norborne, F.A. | Norborne | MO | 27898 | 612878 |
| 701227 | Home Savings Bank | Chanute | KS | 28246 | 765877 |
| 701282 | Home Savings Bank | Jefferson City | MO | 28276 | 770273 |
| 707384 | Home Savings Bank, FSB | Ludlow | KY | 31723 | 33370 |
| 708286 | Homeland Federal Savings Bank | Columbia | LA | 32459 | 251978 |
| 718109 | Homestead Savings Bank | Albion | MI | 28667 | 132778 |
| 706278 | Hometown Bank | Redwood Falls | MN | 31028 | 788773 |
| 701472 | Hometown Bank of The Hudson Valley | Walden | NY | 28379 | 102173 |
| 706639 | Homewood Federal Savings Bank | Baltimore | MD | 31267 | 359472 |
| 708196 | Hopkins Federal Savings Bank | Baltimore | MD | 32372 | 644673 |
| 717969 | Hudson City Savings Bank | Paramus | NJ | 13074 | 564605 |
| 700470 | Huntington Federal Savings Bank | Huntington | WV | 27884 | 609476 |
| 703395 | Illinois-Service FS & LA | Chicago | IL | 29399 | 250476 |
| 717965 | Independence Trust Company | Franklin | TN | 34553 | 2569387 |
| 707506 | Interamerican Bank, A FSB | Miami | FL | 31823 | 221775 |
| 703560 | Interstate FS & LA of McGregor | McGregor | IA | 29501 | 277679 |
| 704414 | Inter-State FS&LA of Kansas City | Kansas City | KS | 29953 | 906175 |
| 703870 | Iroquois FS & LA | Watseka | IL | 29675 | 403870 |
| 705440 | Jackson FS & LA | Jackson | MN | 30492 | 291376 |
| 706351 | Jarrettsville FS & LA | Jarrettsville | MD | 31083 | 613978 |
| 715685 | John Deere Financial, F.S.B. | Madison | WI | 35237 | 2992547 |
| 702319 | Kearny Federal Savings Bank | Kearny | NJ | 28765 | 633378 |
| 703844 | Kennebec FS & LA of Waterville | Waterville | ME | 29661 | 463977 |
| 702228 | Kentland FS & LA | Kentland | IN | 28722 | 382274 |
| 700458 | Kentucky FS & LA | Covington | KY | 27877 | 678575 |
| 703534 | Kingstree FS & LA | Kingstree | SC | 29486 | 440978 |
| 704295 | Kopernik Federal Bank | Baltimore | MD | 29901 | 428471 |
| 708231 | Kosciuszko Federal Savings Bank | Baltimore | MD | 32407 | 529873 |
| 702722 | Ladysmith FS & LA | Ladysmith | WI | 28983 | 686570 |
| 708050 | Lafayette Savings Bank, F.S.B. | Lafayette | IN | 11990 | 152646 |
| 702828 | Lake City Federal Bank | Lake City | MN | 29049 | 890078 |
| 706128 | Lake Federal Bank, FSB | Hammond | IN | 30927 | 953478 |
| 705506 | Lake Shore Savings Bank | Dunkirk | NY | 30530 | 301574 |
| 707644 | Lake Sunapee Bank, FSB | Newport | NH | 31953 | 91101 |
| 701532 | Liberty FSB | Enid | OK | 28407 | 284574 |
| 711882 | Liberty Savings Bank, FSB | Saint Cloud | MN | 26891 | 1387203 |
| 702353 | Liberty Savings Bank, FSB | Whiting | IN | 28781 | 635475 |
| 708039 | Liberty Savings Bank, FSB | Wilmington | OH | 32242 | 839572 |
| 706555 | Lifestore Bank | West Jefferson | NC | 31217 | 715872 |
| 703896 | Lincoln FSB of Nebraska | Lincoln | NE | 29692 | 529275 |
| 702054 | Llewellyn-Edison Savings Bank, FSB | West Orange | NJ | 28655 | 619279 |
| 702335 | Loomis FS & LA | Chicago | IL | 28774 | 450472 |
| 707960 | Luther Burbank Savings | Santa Rosa | CA | 32178 | 497570 |
| 700179 | Lyons Federal Bank | Lyons | KS | 27727 | 901974 |
| 715731 | M.Y. Safra Bank, FSB | New York | NY | 35154 | 2916534 |
| 712202 | Mackinac Savings Bank, FSB | Boynton Beach | FL | 33925 | 2224613 |
| 708152 | Madison Bank of Maryland | Forest Hill | MD | 32331 | 310071 |
| 707715 | Madison County Bank | Madison | NE | 31999 | 385471 |
| 708156 | Madison Square Federal Savings Bank | Baltimore | MD | 32334 | 639174 |
| 708089 | Malaga Bank F.S.B. | Palos Verdes Peninsula | CA | 32282 | 773470 |
| 700416 | Malvern Federal Savings Bank | Paoli | PA | 27861 | 676478 |
| 701899 | Maple City Savings Bank, FSB | Hornell | NY | 28585 | 548472 |
| 703881 | Martinsville First Savings Bank | Martinsville | VA | 29685 | 104971 |

## CHARTER

| NO | NAME | CITY | STATE | CERT | RSSD |
|---|---|---|---|---|---|
| 713316 | Mascoma Savings Bank | Lebanon | NH | 18013 | 268006 |
| 705138 | Maspeth FS & LA | Maspeth | NY | 30303 | 29878 |
| 705323 | Massena Savings and Loan | Massena | NY | 30429 | 454975 |
| 717944 | Members Trust Company | Tampa | FL | 57470 | 3219269 |
| 704783 | Merrill FS & LA | Merrill | WI | 30120 | 929174 |
| 705902 | Metabank | Storm Lake | IA | 30776 | 435077 |
| 706149 | Mid-Central Federal Savings Bank | Wadena | MN | 30943 | 773171 |
| 702518 | Midcountry Bank | Marion | IL | 28865 | 3971 |
| 701452 | Middlesex Federal Savings, F.A. | Somerville | MA | 28368 | 87579 |
| 714191 | Midfirst Bank | Oklahoma City | OK | 4063 | 595270 |
| 704475 | Midland FS & LA | Bridgeview | IL | 29980 | 820477 |
| 704817 | Mid-Southern Savings Bank, FSB | Salem | IN | 30133 | 857875 |
| 712423 | Midwest Heritage Bank, F.S.B. | West Des Moines | IA | 4432 | 203043 |
| 704167 | Milford FS & LA | Milford | MA | 29835 | 227777 |
| 702007 | Milton Savings Bank | Milton | PA | 28637 | 123075 |
| 703692 | Monroe FS & LA | Tipp City | OH | 29578 | 576578 |
| 703451 | Morgan Federal Bank | Fort Morgan | CO | 29439 | 313175 |
| 701330 | Mutual Federal Bank | Chicago | IL | 28302 | 235174 |
| 704519 | Mutual FSB, A Fssb | Sidney | OH | 30001 | 790972 |
| 708146 | Mutual of Omaha Bank | Omaha | NE | 32325 | 786274 |
| 704492 | Mutual SA, Fsa | Leavenworth | KS | 29988 | 636276 |
| 700165 | Mutual Savings and Loan Association | Metairie | LA | 27716 | 809070 |
| 704516 | Mutual Savings Bank | Hartsville | SC | 29999 | 729570 |
| 717935 | Mwabank | Rock Island | IL | 57366 | 3162767 |
| 715263 | N.J.M. Bank, FSB | West Trenton | NJ | 35057 | 2846761 |
| 716268 | National Advisors Trust Company, FSB | Overland Park | KS | 57160 | 2809373 |
| 714970 | Nationwide Bank | Columbus | OH | 34710 | 2729677 |
| 717983 | Naugatuck Valley Savings and Loan | Naugatuck | CT | 30365 | 151872 |
| 708527 | Ncb, FSB | Hillsboro | OH | 32612 | 99376 |
| 706624 | New Buffalo Savings Bank, A FSB | New Buffalo | MI | 31257 | 294676 |
| 703043 | New Carlisle Federal Savings Bank | New Carlisle | OH | 29173 | 646873 |
| 715223 | New Republic Savings Bank | Roanoke Rapids | NC | 34860 | 2754222 |
| 702892 | Newport Federal Bank | Newport | TN | 29089 | 894272 |
| 703575 | Newton Federal Bank | Covington | GA | 29510 | 321273 |
| 715846 | Nordstrom FSB | Scottsdale | AZ | 33497 | 1893049 |
| 703927 | North American SB, FSB | Grandview | MO | 29708 | 211271 |
| 706390 | North Arundel Savings Bank, FSB | Pasadena | MD | 31109 | 809678 |
| 702130 | North Shore Bank, FSB | Brookfield | WI | 28679 | 376273 |
| 700108 | North Shore Trust and Savings | Waukegan | IL | 27683 | 775773 |
| 703468 | North Side FS & LA of Chicago | Chicago | IL | 29449 | 375379 |
| 718063 | Northfield Bank | Staten Island | NY | 28710 | 28013 |
| 716662 | Northwestern Mutual Wealth Management | Milwaukee | WI | 57093 | 3017081 |
| 714810 | Northwoods Bank of Minnesota | Park Rapids | MN | 1415 | 284752 |
| 705091 | Ocean City Home Bank | Ocean City | NJ | 30273 | 3177 |
| 701437 | OceanFirst Bank | Toms River | NJ | 28359 | 85472 |
| 704769 | Oconee Federal S&LA | Seneca | SC | 30111 | 853671 |
| 717995 | Omniamerican Bank | Ft. Worth | TX | 58050 | 975984 |
| 717997 | Ottawa Savings Bank | Ottawa | IL | 27989 | 725077 |
| 701283 | Ozarks FS & LA | Farmington | MO | 28277 | 1016174 |
| 700805 | Park Federal Savings Bank | Chicago | IL | 28053 | 741273 |
| 717992 | Patriot Federal Bank | Canajoharie | NY | 58077 | 3393842 |
| 703697 | Pee Dee Federal Savings Bank | Marion | SC | 29582 | 515979 |
| 704223 | Peoples Federal Savings Bank | Brighton | MA | 29861 | 991470 |
| 703917 | Peoples FS & LA | Sidney | OH | 29703 | 210779 |
| 704091 | Peoples FSB of Dekalb County | Auburn | IN | 29789 | 602972 |
| 718027 | People's United Bank | Bridgeport | CT | 27334 | 613307 |
| 702644 | Perpetual FSB | Urbana | OH | 28934 | 712273 |
| 703367 | Peru Federal Savings Bank | Peru | IL | 29384 | 305077 |

# Federal Savings Associations Active As of 10/31/2014

| CHARTER NO | NAME | CITY | STATE | CERT | RSSD |
|---|---|---|---|---|---|
| 704504 | Phoenixville Federal Bank and Trust | Phoenixville | PA | 29995 | 824671 |
| 706359 | Pickens S & LA, Fa | Pickens | SC | 31089 | 884376 |
| 700007 | Piedmont Federal Savings Bank | Winston Salem | NC | 27619 | 864471 |
| 700450 | Pioneer Bank | Roswell | NM | 27872 | 606176 |
| 703583 | Pioneer FS & LA | Deer Lodge | MT | 29517 | 445674 |
| 713824 | PNA  Bank | Chicago | IL | 28299 | 2817985 |
| 703218 | Polonia Bank | Huntingdon Valley | PA | 29282 | 229874 |
| 706509 | Ponce de Leon Federal Bank | Bronx | NY | 31189 | 897170 |
| 708069 | Preferred Bank | Houston | TX | 32265 | 203070 |
| 708186 | Presidential Bank, FSB | Bethesda | MD | 32363 | 538473 |
| 714225 | Principal Bank | Des Moines | IA | 34507 | 2654911 |
| 711025 | Priority Bank | Fayetteville | AR | 33818 | 2059990 |
| 700495 | Progressive-Home FS & LA | Pittsburgh | PA | 27894 | 613772 |
| 700691 | Prospect Federal Savings Bank | Worth | IL | 27993 | 910873 |
| 706051 | Provident Savings Bank, FSB | Riverside | CA | 30879 | 631570 |
| 708672 | Prudential Bank & Trust, FSB | Hartford | CT | 32957 | 1416279 |
| 705106 | Pulaski Bank | Creve Coeur | MO | 30284 | 11275 |
| 717984 | Putnam Bank | Putnam | CT | 18240 | 223005 |
| 717954 | Pyramax Bank, FSB | Greenfield | WI | 29120 | 713476 |
| 717974 | Quontic Bank | Astoria | NY | 57807 | 3340725 |
| 708433 | Radius Bank | Boston | MA | 32551 | 264772 |
| 703280 | Ripley Federal Savings Bank | Ripley | OH | 29323 | 58177 |
| 704347 | Riverview Community Bank | Vancouver | WA | 29922 | 921178 |
| 700566 | Riverwood Bank | Bemidji | MN | 27932 | 685779 |
| 701454 | Rockland Savings Bank, FSB | Rockland | ME | 28369 | 95677 |
| 707794 | Rollstone Bank & Trust | Fitchburg | MA | 17797 | 837608 |
| 703758 | Rosedale FS & LA | Baltimore | MD | 29613 | 86675 |
| 701142 | San Luis Valley Federal Bank | Alamosa | CO | 28208 | 945071 |
| 717978 | Savings Institute Bank and Trust Co. | Willimantic | CT | 18214 | 480808 |
| 705316 | Scituate Federal Savings Bank | Scituate | MA | 30424 | 453370 |
| 718050 | Scottrade Bank | St. Louis | MO | 58656 | 3688052 |
| 704315 | Scottsburg B & LA | Scottsburg | IN | 29910 | 735973 |
| 703776 | Second FS & LA of Philadelphia | Philadelphia | PA | 29627 | 460275 |
| 707228 | Security Federal Savings Bank | Jasper | AL | 31592 | 558574 |
| 702578 | Security Federal Savings Bank | Logansport | IN | 28894 | 32971 |
| 716509 | SEI Private Trust Company | Oaks | PA | 35388 | 2973386 |
| 703552 | Seneca FS & LA | Baldwinsville | NY | 29496 | 276074 |
| 708190 | Severn Savings Bank, FSB | Annapolis | MD | 32367 | 411473 |
| 703360 | Sidney FS&LA | Sidney | NE | 29379 | 304575 |
| 715954 | Simplicity Bank | Covina | CA | 35448 | 109686 |
| 707703 | Slovenian S&LA of Franklin-Conemaugh | Conemaugh | PA | 31994 | 568377 |
| 708854 | Southbank, A Federal Savings Bank | Huntsville | AL | 33109 | 895475 |
| 711351 | Southbank, A Federal Savings Bank | Palm Beach Gardens | FL | 33848 | 2111508 |
| 704013 | Southern Hills Community Bank | Leesburg | OH | 29749 | 352370 |
| 705329 | Southfirst Bank | Sylacauga | AL | 30433 | 455477 |
| 708287 | Southwest Securities, FSB | Dallas | TX | 32460 | 42671 |
| 706335 | St James FS & LA | Saint James | MN | 31071 | 799470 |
| 704114 | St Landry Homestead FSB | Opelousas | LA | 29804 | 420578 |
| 714640 | State Farm Bank, FSB | Bloomington | IL | 34617 | 2590037 |
| 700016 | State-Investors Bank | Metairie | LA | 27626 | 802679 |
| 703576 | Stephens Federal Bank | Toccoa | GA | 29511 | 506276 |
| 708028 | Sterling Bank and Trust, FSB | Southfield | MI | 32232 | 979375 |
| 700073 | Sterling Federal Bank, F.S.B. | Sterling | IL | 27664 | 867070 |
| 702397 | Sunnyside FS&LA of Irvington | Irvington | NY | 28805 | 516873 |
| 717971 | Sunshine Savings Bank | Tallahassee | FL | 58452 | 284190 |
| 705852 | Sunshine State Bank | Plant City | FL | 30750 | 432478 |
| 715044 | Synchrony Bank | Draper | UT | 27314 | 1216022 |
| 705275 | Tecumseh Federal Bank | Tecumseh | NE | 30395 | 389376 |

Federal Savings Associations Active As of 10/31/2014

| CHARTER NO | NAME | CITY | STATE | CERT | RSSD |
|---|---|---|---|---|---|
| 705636 | Tempo Bank, A FSB | Trenton | IL | 30615 | 415770 |
| 718051 | Texan Bank | Sugarland | TX | 58671 | 3640359 |
| 705214 | The Bank of Bennington | Bennington | VT | 30350 | 133579 |
| 718028 | The Bank of Greene County | Catskill | NY | 21591 | 214106 |
| 706947 | The Bank of Maine | Portland | ME | 19686 | 240002 |
| 700827 | The Covington S & LA | Covington | OH | 28063 | 835079 |
| 716195 | The Federal Savings Bank | Chicago | IL | 35518 | 2806877 |
| 704214 | The Liberty SA, Fsa | Fort Scott | KS | 29857 | 987576 |
| 715930 | The Massmutual Trust Company | Enfield | CT | 35394 | 2881445 |
| 715834 | The Murray Bank | Murray | KY | 35161 | 2819242 |
| 717955 | The Oculina Bank | Ft. Pierce | FL | 57559 | 3218280 |
| 718054 | The Trust Company of Virginia | Richmond | VA | 58700 | 2180410 |
| 718037 | Think Mutual Bank | Rochester | MN | 58536 | 936583 |
| 704544 | Third FS&LA of Cleveland | Cleveland | OH | 30012 | 915878 |
| 703293 | Thomas County FS & LA | Thomasville | GA | 29331 | 67870 |
| 715054 | Thrivent Trust Company | Appleton | WI | 34799 | 2745529 |
| 715018 | TIAA-CREF  Trust Company FSB | St. Louis | MO | 34723 | 2716547 |
| 703235 | Time Federal Savings Bank | Medford | WI | 29294 | 27070 |
| 704246 | Town Square Bank | Ashland | KY | 29877 | 1011076 |
| 707635 | Trustco Bank | Glenville | NY | 31945 | 677176 |
| 702842 | Tucumcari FS & LA | Tucumcari | NM | 29059 | 767572 |
| 717338 | Union Federal Savings Bank | North Providence | RI | 57189 | 3048937 |
| 700244 | Union FS & LA | Kewanee | IL | 27767 | 656779 |
| 704369 | Union S & LA | Connersville | IN | 29933 | 677970 |
| 703767 | United Community Bank | Lawrenceburg | IN | 29620 | 88772 |
| 703676 | United Fidelity Bank, F.S.B. | Evansville | IN | 29566 | 391575 |
| 708855 | United Labor Bank, F.S.B. | Oakland | CA | 33114 | 2132370 |
| 708266 | United Midwest Savings Bank | Degraff | OH | 32441 | 809276 |
| 716310 | United Trust Bank | Palos Heights | IL | 35393 | 2949970 |
| 705801 | Universal Bank | West Covina | CA | 30722 | 208570 |
| 706859 | Urban Trust Bank | Lake Mary | FL | 31390 | 408875 |
| 707975 | USAA  Federal Savings Bank | San Antonio | TX | 32188 | 619877 |
| 703551 | Van Wert Federal Savings Bank | Van Wert | OH | 29495 | 380878 |
| 717868 | Victory Community Bank | Ft.Mitchell | KY | 57277 | 3153345 |
| 704067 | Vidalia Federal Savings Bank | Vidalia | GA | 29772 | 126375 |
| 707830 | Viking Savings Bank | Alexandria | MN | 32082 | 484776 |
| 700143 | Wake Forest FS & LA | Wake Forest | NC | 27704 | 900379 |
| 718043 | Walden Savings Bank | Montgomery | NY | 15987 | 341310 |
| 702528 | Wallkill Valley FS & LA | Wallkill | NY | 28870 | 7072 |
| 701158 | Warsaw FS & LA | Cincinnati | OH | 28217 | 875879 |
| 712269 | Washington Federal Bank For Savings | Chicago | IL | 30570 | 309972 |
| 708063 | Wawel Bank | Garfield | NJ | 32260 | 958473 |

**Federal Savings Associations Active As of 10/31/2014**

| CHARTER NO | NAME | CITY | STATE | CERT | RSSD |
|---|---|---|---|---|---|
| 702731 | Wcf Financial Bank | Webster City | IA | 28989 | 935577 |
| 717893 | Westbury Bank | West Bend | WI | 28400 | 524971 |
| 717968 | Westfield Bank | Westfield | MA | 90300 | 892205 |
| 716697 | Westfield Bank, FSB | Westfield Center | OH | 57077 | 2986407 |
| 705537 | Westmoreland FS & LA | Latrobe | PA | 30551 | 188177 |
| 707938 | Wilmington Savings Fund Society, FSB | Wilmington | DE | 17838 | 437914 |
| 703267 | Winchester Federal Bank | Winchester | KY | 29313 | 50872 |
| 703781 | Windsor FS & LA | Windsor | CT | 29632 | 92676 |
| 701149 | Winter Hill Bank, FSB | Somerville | MA | 28213 | 822275 |
| 702620 | Wolverine Bank, Federal Savings Bank | Midland | MI | 28918 | 707877 |
| 703150 | Woodruff FS & LA | Woodruff | SC | 29238 | 661474 |
| 703435 | Worthington Federal Savings Bank, FSB | Worthington | MN | 29426 | 258874 |
| 718100 | Wps Community Bank, FSB | Madison | WI | 58829 | 3815595 |

461

*Prepared by Supervisory Information Division*

**COPY**

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I. (a) PLAINTIFFS ( Check box if you are representing yourself ☐ ) | DEFENDANTS ( Check box if you are representing yourself ☐ ) |
|---|---|
| Joe Martinez | Synchrony Bank, CareCredit, LLC and Cach, LLC |

| (b) County of Residence of First Listed Plaintiff   Los Angeles | County of Residence of First Listed Defendant   Utah |
|---|---|
| (EXCEPT IN U.S. PLAINTIFF CASES) | (IN U.S. PLAINTIFF CASES ONLY) |

| (c) Attorneys (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information. | Attorneys (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information. |
|---|---|
| Kemnitzer, Barron & Krieg, LLP, Bryan Kemnitzer (SBN 066401), Amy Tay (SBN 252600), 445 Bush St., 6th Floor, San Francisco, CA 94108, Tel: (415) 632-1900, Fax: (415) 632-1901. Attorneys for plaintiff Joe Martinez | Julia B. Strickland (SBN 083013), Marcos D. Sasso (SBN 228905), Arsen Kourinian (SBN 271966), Stroock & Stroock & Lavan LLP, 2029 Century Park East, Los Angeles, CA 90067; Tel: (310) 556-5800; Fax: (310) 556-5959. Attorneys for defendants Synchrony Bank and CareCredit, LLC. |

### II. BASIS OF JURISDICTION (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☐ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☒ 4. Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. ORIGIN (Place an X in one box only.)

☐ 1. Original Proceeding

☒ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☒ Yes ☐ No   ☐ **MONEY DEMANDED IN COMPLAINT: $**

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
(1) Cal. Bus. & Prof. Code § 654.3; (2) Cal. Civil Code § 1750 et seq.; (3) Cal. Civ. Code § 1788 et seq.; (4) Cal. Bus. & Prof. Code § 17200 et seq.; Jurisdictional: 28 U.S.C. §§ 1332, 1441, 1446, 1453 & Class Action Fairness Act of 2005.

### VII. NATURE OF SUIT (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **TORTS** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | **PERSONAL PROPERTY** | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 370 Other Fraud | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 371 Truth in Lending | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 380 Other Personal Property Damage | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | ☐ 385 Property Damage Product Liability | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☒ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | **BANKRUPTCY** | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 422 Appeal 28 USC 158 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 440 Other Civil Rights | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 441 Voting | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 442 Employment | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/ Accommodations | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 445 American with Disabilities-Employment | ☐ 790 Other Labor Litigation | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 791 Employee Ret. Inc. Security Act | |
| | | | ☐ 448 Education | | |

| FOR OFFICE USE ONLY: | Case Number: |
|---|---|

CV-71 (06/14)   **CIVIL COVER SHEET**

**CV14-9167**   Page 1 of 3

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII.  VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A:  Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| [X] Yes   [ ] No | [X] Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | [ ] Orange | Southern |
| | [ ] Riverside or San Bernardino | Eastern |

| QUESTION B:  Is the United States, or one of its agencies or employees, a PLAINTIFF in this action? | B.1. Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | [ ] YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| [ ] Yes   [X] No | | [ ] NO. Continue to Question B.2. |
| If "no," skip to Question C. If "yes," answer Question B.1, at right. | B.2. Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | [ ] YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | [ ] NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C:  Is the United States, or one of its agencies or employees, a DEFENDANT in this action? | C.1. Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | [ ] YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| [ ] Yes   [X] No | | [ ] NO. Continue to Question C.2. |
| If "no," skip to Question D. If "yes," answer Question C.1, at right. | C.2. Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | [ ] YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | [ ] NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A.<br>Orange County | B.<br>Riverside or San Bernardino County | C.<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | [ ] | [ ] | [X] |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | [ ] | [ ] | [ ] |

| D.1. Is there at least one answer in Column A? | D.2. Is there at least one answer in Column B? |
|---|---|
| [ ] Yes   [X] No | [ ] Yes   [X] No |
| If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E, below, and continue from there.<br>If "no," go to question D2 to the right. ➡ | If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question E, below.<br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below. ⬇ |

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above. ➡ | Western Division |

| QUESTION F: Northern Counties? | | |
|---|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | [ ] Yes | [X] No |

CV-71 (06/14)                              CIVIL COVER SHEET                              Page 2 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES:** Has this action been previously filed **in this court?**          ☒ NO          ☐ YES

    If yes, list case number(s): _____

**IX(b). RELATED CASES:** Is this case related (as defined below) to any cases previously filed **in this court?**          ☒ NO          ☐ YES

    If yes, list case number(s): _____

Civil cases are related when they:

    ☐ A. Arise from the same or closely related transactions, happening, or event;

    ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

    ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

    Check all boxes that apply. That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):** _____          DATE: November 26, 2014

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

---

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

# PROOF OFSERVICE

STATE OF CALIFORNIA    )
                       )  ss
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Los Angeles, CA 90067-3086.

On November 26, 2014, I served the foregoing document(s) described as: **NOTICE OF REMOVAL** on the interested parties in this action as follows:

> Bryan Kemnitzer
> Kemnitzer, Barron & Krieg, LLP
> 445 Bush Street, 6th Floor
> San Francisco, CA 94108

☐ **(VIA PERSONAL SERVICE)** By causing the document(s), in a sealed envelope, to be delivered to the person(s) at the address(es) set forth above.

☑ **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth above.

☐ **(VIA FACSIMILE)** By causing such document to be delivered to the office of the addressee via facsimile.

☐ **(VIA OVERNIGHT DELIVERY)** By causing the document(s), in a sealed envelope, to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express, or by a similar overnight delivery service.

I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 26, 2104, at Los Angeles, California.

_____          _____
     Karen Nyhus
  [Type or Print Name]                      [Signature]

LA 51812923

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086